Fill in this information to identify the case:

Debtor name _____ Joycare Therapy, LLC _____

United States Bankruptcy Court for the:

_____ Southern District of Texas _____

Case number (if known): _____ 22-33581-H3-11 _____

☐ Check if this is an amended filing

## Official Form 202

## Declaration Under Penalty of Perjury for Non-Individual Debtors          12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑ *Schedule H: Codebtors* (Official Form 206H)

☑ *A Summary of Assets and Liabilities for Non-Individuals* (Official Form 206A-Summary)

☐ *Amended Schedule* _____

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __12/02/2022__          X /s/ Huan Le _____
          MM/ DD/ YYYY          Signature of individual signing on behalf of debtor

                    Huan Le _____
                    Printed name

                    **Member/Manager** _____
                    Position or relationship to debtor

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | Joycare Therapy, LLC |
| United States Bankruptcy Court for the: | Southern District of Texas |
| Case number (if known): | 22-33581-H3-11 |

☐ Check if this is an amended filing

## Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property

**12/15**

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

## Part 1:   Cash and cash equivalents

**1. Does the debtor have any cash or cash equivalents?**
☐ No. Go to Part 2.
☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

**2. Cash on hand** | _____

**3. Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1 JPMorgan Chase Bank | Checking account | 1629 | $20,245.00 |

**4. Other cash equivalents** *(Identify all)*

**None**

**5. Total of Part 1**

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80. | **$20,245.00**

## Part 2:   Deposits and prepayments

**6. Does the debtor have any deposits or prepayments?**
☐ No. Go to Part 3.
☑ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|

**7. Deposits, including security deposits and utility deposits**

Description, including name of holder of deposit

| 7.1 Excelsior Realty I, LLC | $6,095.00 |
|---|---|

| Debtor | Joycare Therapy, LLC | Case number *(if known)* | 22-33581-H3-11 |
|---|---|---|---|
| | Name | | |

**8.** **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

**None**

**9.** **Total of Part 2**

Add lines 7 through 8 (including amounts on any additional sheets). Copy the total to line 81.          $6,095.00

---

**Part 3:** Accounts receivable

---

**10.** **Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.

☑ Yes. Fill in the information below.

|  | Current value of debtor's interest |
|---|---|

**11.** **Accounts Receivable**

| 11a. 90 days old or less: | $30,000.00 | - | $25,000.00 | = ...... ➜ | $5,000.00 |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

| 11b. Over 90 days old: | | - | | = ...... ➜ | |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

**12.** **Total of Part 3**

Current value on lines 11a + 11b = line 12. Copy the total to line 82.          $5,000.00

---

**Part 4:** Investments

---

**13.** **Does the debtor own any investments?**

☑ No. Go to Part 5.

☐ Yes. Fill in the information below.

|  | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|

**14.** **Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock:

**None**

**15.** **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

Name of fund or stock:          % of ownership:

**None**

**16.** **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Describe:

---

| Debtor | **Joycare Therapy, LLC** | Case number *(if known)* | **22-33581-H3-11** |
|---|---|---|---|
| | Name | | |

**None**

17. **Total of Part 4**
Add lines 14 through 16 (including any additional sheets). Copy the total to line 83.                                                    **$0.00**

---

**Part 5:** Inventory, excluding agriculture assets

18. **Does the debtor own any inventory (excluding agriculture assets)?**
☑ No. Go to Part 6.
☐ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|

19. **Raw materials**

**None**

20. **Work in progress**

**None**

21. **Finished goods, including goods held for resale**

**None**

22. **Other inventory or supplies**

**None**

23. **Total of Part 5**
Add lines 19 through 22 (including any additional sheets). Copy the total to line 84.                                                    **$0.00**

24. **Is any of the property listed in Part 5 perishable?**
☑ No
☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
☑ No
☐ Yes

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
☑ No
☐ Yes

---

**Part 6:** Farming and fishing-related assets (other than titled motor vehicles and land)

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**
☑ No. Go to Part 7.
☐ Yes. Fill in the information below.

---

Debtor    __Joycare Therapy, LLC_____    Case number *(if known)*    __22-33581-H3-11__
      Name

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

**28.  Crops — either planted or harvested**

    **None**

**29.  Farm animals** *Examples*: Livestock, poultry, farm-raised fish

    **None**

**30.  Farm machinery and equipment** (Other than titled motor vehicles)

    **None**

**31.  Farm and fishing supplies, chemicals, and feed**

    **None**

**32.  Other farming and fishing-related property not already listed in Part 6**

    **None**

**33.  Total of Part 6**
    Add lines 28 through 32. Copy the total to line 85.    $0.00

**34.  Is the debtor a member of an agricultural cooperative?**
    ☑ No
    ☐ Yes. Is any of the debtor's property stored at the cooperative?
        ☐ No
        ☐ Yes

**35.  Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**
    ☑ No
    ☐ Yes

**36.  Is a depreciation schedule available for any of the property listed in Part 6?**
    ☑ No
    ☐ Yes

**37.  Has any of the property listed in Part 6 been appraised by a professional within the last year?**
    ☑ No
    ☐ Yes

**Part 7:**  Office furniture, fixtures, and equipment; and collectibles

**38.  Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**
    ☐ No. Go to Part 8.
    ☑ Yes. Fill in the information below.

| Debtor | Joycare Therapy, LLC | Case number *(if known)* | 22-33581-H3-11 |
|---|---|---|---|
| | Name | | |

| General description | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39. Office furniture** | | | |
| 39.1 **Furniture** | **(Unknown)** | | **$2,000.00** |
| **40. Office fixtures** | | | |
| 40.1 **Fire system and sprinkler system-not removable-leasehold improvement** | **$89,000.00** | | **$1,000.00** |
| **41. Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| 41.1 **Security system- not removable-leasehold improvement** | **(Unknown)** | | **$1,000.00** |
| **Additional Page Total** - *See continuation page for additional entries* | | | **$3,000.00** |
| **42. Collectibles** *Examples*: Antiques and figurines; paintings, prints or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| **None** | | | |
| **43. Total of Part 7**<br>Add lines 39 through 42. Copy the total to line 86. | | | **$7,000.00** |

**44. Is a depreciation schedule available for any of the property listed in Part 7?**
☑ No
☐ Yes

**45. Has any of the property listed in Part 7 been appraised by a professional within the last year?**
☑ No
☐ Yes

## Part 8: Machinery, equipment, and vehicles

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**
☐ No. Go to Part 9.
☑ Yes. Fill in the information below.

| General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47. Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1 **Van** | **(Unknown)** | | **$17,000.00** |

Debtor **Joycare Therapy, LLC**        Case number *(if known)* **22-33581-H3-11**
Name

| | | | |
|---|---|---|---|
| 47.2 **2014 GMC SAV / VIN: 1GD373BG9E1154398 Bus** | **(Unknown)** | | **$20,000.00** |

**48.** **Watercraft, trailers, motors, and related accessories** *Examples*:
Boats, trailers, motors, floating homes, personal watercraft, and fishing
vessels

    **None**

**49.** **Aircraft and accessories**

    **None**

**50.** **Other machinery, fixtures, and equipment (excluding farm machinery
and equipment)**

| | | | |
|---|---|---|---|
| 50.1 **Generator** | $21,880.00 | | **$10,000.00** |

**51.** **Total of Part 8**
Add lines 47 through 50. Copy the total to line 87.            **$47,000.00**

**52.** **Is a depreciation schedule available for any of the property listed in Part 8?**
☑ No
☐ Yes

**53.** **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
☑ No
☐ Yes

---

**Part 9:** Real Property

---

**54.** **Does the debtor own or lease any real property?**
☐ No. Go to Part 10.
☑ Yes. Fill in the information below.

| General description<br><br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **55.** **Any building, other improved real estate, or land which the debtor owns or in which the debtor has interest** | | | | |
| **Space lease-office and operations**<br>**6440 Sands Point Dr Houston, TX**<br>55.1 **77074-3722** | **Lease** | **(Unknown)** | | **(Unknown)** |

**56.** **Total of Part 9**
Add the current value on lines 55.1 through 55.3 and entries from any addition sheets. Copy the total to line 88.      **$0.00**

**57.** **Is a depreciation schedule available for any of the property listed in Part 9?**
☑ No
☐ Yes

Debtor  **Joycare Therapy, LLC**                                    Case number *(if known)*  **22-33581-H3-11**
        Name

**58.  Has any of the property listed in Part 9 been appraised by a professional within the last year?**
☑ No
☐ Yes

| Part 10: | Intangibles and Intellectual Property |
|---|---|

**59.  Does the debtor have any interests in intangibles or intellectual property?**
☐ No. Go to Part 11.
☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60.  Patents, copyrights, trademarks, and trade secrets** | | | |
| None | | | |
| **61.  Internet domain names and websites** | | | |
| 61.1  JoycareKids.com domain name | $2,000.00 | | $10.00 |
| **62.  Licenses, franchises, and royalties** | | | |
| 62.1  State PPECC License | $10.00 | | $10,000.00 |
| **63.  Customer lists, mailing lists, or other compilations** | | | |
| 63.1  Customer list | $100.00 | | $10.00 |
| **64.  Other intangibles, or intellectual property** | | | |
| 64.1  Internal operational methods | $100.00 | | $10.00 |
| **65.  Goodwill** | | | |
| None | | | |

**66.  Total of Part 10**
Add lines 60 through 65. Copy the total to line 89.                                                     $10,030.00

**67.  Do your lists or records include personally identifiable information of customers?** (as defined in 11 U.S.C. §§ 101(41A) and 107)
☐ No
☑ Yes

**68.  Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
☑ No
☐ Yes

**69.  Has any of the property listed in Part 10 been appraised by a professional within the last year?**
☑ No
☐ Yes

| Debtor | **Joycare Therapy, LLC** | | Case number *(if known)* | **22-33581-H3-11** |
|--------|--------------------------|---|--------------------------|---------------------|
| | Name | | | |

---

| **Part 11:** | All other assets |
|---|---|

70. **Does the debtor own any other assets that have not yet been reported on this form?**
☑ No. Go to Part 12.
☐ Yes. Fill in the information below.

<div style="text-align:right">

**Current value of debtor's interest**
</div>

71. **Notes receivable**
Description (include name of obligor)

**None**

72. **Tax refunds and unused net operating losses (NOLs)**
Description (for example, federal, state, local)

**None**

73. **Interests in insurance policies or annuities**

**None**

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

**None**

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

**None**

76. **Trusts, equitable or future interests in property**

**None**

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

**None**

78. **Total of Part 11**
Add lines 71 through 77. Copy the total to line 90.

$0.00

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
☑ No
☐ Yes

Debtor   __Joycare Therapy, LLC__                                          Case number *(if known)*   __22-33581-H3-11__
      Name

## Part 12:   Summary

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| **80.** **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $20,245.00 | |
| **81.** **Deposits and prepayments.** *Copy line 9, Part 2.* | $6,095.00 | |
| **82.** **Accounts receivable.** *Copy line 12, Part 3.* | $5,000.00 | |
| **83.** **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| **84.** **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| **85.** **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| **86.** **Office furniture, fixtures, and equipment; collectibles.** *Copy line 43, Part 7.* | $7,000.00 | |
| **87.** **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $47,000.00 | |
| **88.** **Real property.** *Copy line 56, Part 9.*.......................................................... | → | $0.00 |
| **89.** **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $10,030.00 | |
| **90.** **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| **91.** **Total.** Add lines 80 through 90 for each column...... 91a. | $95,370.00 | + 91b. $0.00 |
| **92.** **Total of all property on Schedule A/B.** Lines 91a + 91b = 92 ............................................................... | | $95,370.00 |

Debtor    **Joycare Therapy, LLC**                                              Case number *(if known)*    **22-33581-H3-11**
          Name

**Additional Page**

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **41.** **Office equipment -** *Continued* | | | |
| 41.2  **Printers, computers, supplies and play material** | **(Unknown)** | | **$3,000.00** |

| | |
|---|---|
| **Fill in this information to identify the case:** | |

Debtor name __Joycare Therapy, LLC__

United States Bankruptcy Court for the: __Southern__ District of __Texas__
(State)

Case number (if known): __22-33581-H3-11__

☐ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property   12/15

**Be as complete and accurate as possible.**

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
|---|---|

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|
| **2.1** **Creditor's name**<br>Ally Financial | **Describe debtor's property that is subject to a lien**<br>Van | $28,000.00 | $17,000.00 |

**Creditor's mailing address**
Attn: Bankruptcy
Po Box 380901
Minneapolis, MN 55438-0901

**Describe the lien**

**Is the creditor an insider or related party?**
☑ No   ☐ Yes

**Creditor's email address, if known**

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Date debt was incurred**

**Last 4 digits of account number** ___ ___ ___ ___

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Specify each creditor, including this creditor, and its relative priority.
**1) Ally Financial** ; 2) JPMorgan Chase Bank; 3) SBA Disaster Loan Service Center

**3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**   $548,917.00

Official Form 206D         Schedule D: Creditors Who Have Claims Secured by Property         page 1 of 8

Debtor    Joycare Therapy, LLC
          _____
          Name

Case number (if known) _22-33581-H3-11_

| Part 1: | Additional Page |
|---------|-----------------|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|

**2.2** **Creditor's name**

Arvest Equipment Finance

**Creditor's mailing address**

818 Garrison Ave 2nd Floor

Fort Smith, AR 72901

**Creditor's email address, if known**

**Date debt was incurred**

**Last 4 digits of account number** __ __ __ __

**Do multiple creditors have an interest in the same property?**

☐ No
☑ Yes. Have you already specified the relative priority?

   ☑ No. Specify each creditor, including this creditor, and its relative priority.

      **1) Arvest Equipment Finance**;
      2) JPMorgan Chase Bank

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

2014 GMC SAV

**Describe the lien**

Lien on vehicle

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

| $22,357.00 | $20,000.00 |

Debtor   Joycare Therapy, LLC
_____
Name

Case number (if known)   22-33581-H3-11
_____

| Part 1: | Additional Page | Column A | Column B |
|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

Column A — **Amount of claim** — Do not deduct the value of collateral.

Column B — **Value of collateral that supports this claim**

---

**2.3** **Creditor's name**

Generators of Houston
_____

**Creditor's mailing address**

6106 Milwee St
_____

Houston, TX 77092-6218
_____

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

   ☑ No. Specify each creditor, including this creditor, and its relative priority.

     1) JPMorgan Chase Bank; 2) JPMorgan Chase Bank; 3) SBA Disaster Loan Service Center ; 4) Huan Le; **5) Generators of Houston**

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Remarks:** Unknown if lien exists

**Describe debtor's property that is subject to a lien**

Generator

**Describe the lien**

Purchase of generator

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☑ Disputed

| | | $3,345.00 | $10,000.00 |
|---|---|---|---|

| Debtor | Joycare Therapy, LLC | Case number (if known) | 22-33581-H3-11 |
|---|---|---|---|
| | Name | | |

| **Part 1:** | Additional Page | | Column A | Column B |
|---|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| Column A | Column B |
|---|---|
| **Amount of claim** Do not deduct the value of collateral. | *Value of collateral that supports this claim* |

**2.4**

**Creditor's name**

Huan Le

**Creditor's mailing address**

3750 Childress St

Houston, TX 77005-1112

**Creditor's email address, if known**

**Date debt was incurred**

**Last 4 digits of account number**  ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**

☐ No
☑ Yes. Have you already specified the relative priority?

   ☑ No.  Specify each creditor, including this creditor, and its relative priority.

      **See continuation page.**

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

Receivables- value is unresolved due to possible disputes and rejections. Furniture, Printers, computers, supplies and play material. Generator, State PPECC License

**Describe the lien**

_____

**Is the creditor an insider or related party?**

☐ No
☑ Yes

**Is anyone else liable on this claim?**

☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

| $30,000.00 | $30,000.00 |
|---|---|

---

**2.5**

**Creditor's name**

JPMorgan Chase Bank

**Creditor's mailing address**

Collateral Mgmt Small Business

Po Box 33035

Louisville, KY 40232-3035

**Creditor's email address, if known**

**Date debt was incurred**

**Last 4 digits of account number**  6   0   0   4

**Do multiple creditors have an interest in the same property?**

☐ No
☑ Yes. Have you already specified the relative priority?

   ☑ No.  Specify each creditor, including this creditor, and its relative priority.

      **See continuation page.**

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

Furniture, Printers, computers, supplies and play material. Fire system and sprinkler system-not removable-leasehold improvement. Receivables- value is unresolved due to possible disputes and rejections. Generator, Excelsior Realty I, LLC, JoycareKids.com domain name, State PPECC License, Internal operational methods, Customer list

**Describe the lien**

Lien on inventory, chattel paper, accounts, equipment and general intangibles

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

| $50,138.00 | $37,125.00 |
|---|---|

---

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page _4_ of _8_

Debtor    Joycare Therapy, LLC
_____
          Name

Case number (if known)  22-33581-H3-11
_____

| Part 1: | Additional Page | Column A | Column B |
|---------|-----------------|----------|----------|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

Column A **Amount of claim** Do not deduct the value of collateral.

Column B **Value of collateral that supports this claim**

**2.6**  **Creditor's name**
JPMorgan Chase Bank
_____

**Creditor's mailing address**
Collateral Mgmt Small Business
_____
Po Box 33035
_____
Louisville, KY 40232-3035
_____

**Creditor's email address, if known**
_____

**Date debt was incurred**  _____

**Last 4 digits of account number**  6 0 0 5

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Have you already specified the relative priority?

  ☑ No.  Specify each creditor, including this creditor, and its relative priority.
    **See continuation page.**

  ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**
State PPECC License, JoycareKids.com domain name, Internal operational methods, Customer list, Generator, Receivables- value is unresolved due to possible disputes and rejections, Van, 2014 GMC SAV, Excelsior Realty I, LLC, Furniture, Fire system and sprinkler system- not removable-leasehold improvement, Security system- not removable-leasehold improvement, Printers, computers, supplies and play material

**Describe the lien**
Lien on inventory, chattel paper, accounts, equipment and general intangibles

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Column A: $154,631.00
Column B: $75,125.00

| Debtor | Joycare Therapy, LLC | Case number (if known) | 22-33581-H3-11 |
|---|---|---|---|
| | Name | | |

| **Part 1:** | Additional Page | | Column A | Column B |
|---|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

Column A — **Amount of claim** — Do not deduct the value of collateral.

Column B — **Value of collateral that supports this claim**

---

**2.7** **Creditor's name**
Marlin Business Bank

**Creditor's mailing address**
Po Box 1626
Mount Laurel, NJ 08054-7626

**Creditor's email address, if known**
_____

**Date debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Have you already specified the relative priority?
    ☐ No.  Specify each creditor, including this creditor, and its relative priority.
    _____
    _____
    ☑ Yes. The relative priority of creditors is specified on lines 2.6

**Describe debtor's property that is subject to a lien**
Security system- not removable-leasehold improvement

**Describe the lien**
Equipment financing - Protection One system- may be duplicate of US Bank Equipment Finance- No UCC filed

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

Amount of claim: $21,358.00
Value of collateral: $1,000.00

---

**2.8** **Creditor's name**
SBA Disaster Loan Service Center

**Creditor's mailing address**
1545 Hawkins Blvd. Ste. 202
El Paso, TX 79925

**Creditor's email address, if known**
_____

**Date debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Have you already specified the relative priority?
    ☐ No.  Specify each creditor, including this creditor, and its relative priority.
    _____
    _____
    ☑ Yes. The relative priority of creditors is specified on lines 2.1, 2.3, 2.4, 2.5, 2.6

**Describe debtor's property that is subject to a lien**
Receivables- value is unresolved due to possible disputes and rejections, Furniture, Printers, computers, supplies and play material, Generator, State PPECC License, JoycareKids.com domain name, Internal operational methods, Customer list, Van, Fire system and sprinkler system-not removable-leasehold improvement, Security system- not removable-leasehold improvement

**Describe the lien**
Lien on inventory, chattel paper, accounts, equipment and general intangibles

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Amount of claim: $216,788.00
Value of collateral: $49,030.00

---

Official Form 206D      Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**      page 6 of 8

Debtor   Joycare Therapy, LLC
_____
Name

Case number (if known) _22-33581-H3-11_

---

| Part 1: | Additional Page | | Column A | Column B |
|---|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

Column A — **Amount of claim** Do not deduct the value of collateral.

Column B — **Value of collateral that supports this claim**

**2.9**

**Creditor's name**
U.S. Bank Equipment Finance

**Creditor's mailing address**
1310 Madrid St

Marshall, MN 56258-4099

**Creditor's email address, if known**
_____

**Date debt was incurred**
_____

**Last 4 digits of account number**   ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Have you already specified the relative priority?

  ☐ No.  Specify each creditor, including this creditor, and its relative priority.
  _____
  _____

  ☑ Yes. The relative priority of creditors is specified on lines _2.6_

**Describe debtor's property that is subject to a lien**
Security system- not removable-leasehold improvement

**Describe the lien**
Lien on security system-Debtor cannot locate documents on loan and lien- possibly same loan as Marlin

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☐ Unliquidated
☑ Disputed

$22,300.00   $1,000.00

---

Official Form 206D    Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**

Debtor    Joycare Therapy, LLC
      Name                                                                                    Case number (if known)   22-33581-H3-11

| Part 1: | Additional Page |
|---------|-----------------|

**2.4  Creditor's name**

Huan Le

**Specify each creditor, including this creditor, and its relative priority.**

For Receivables- value is unresolved due to possible disputes and rejections: 1) JPMorgan Chase Bank; 2) SBA Disaster Loan Service Center ; **3) Huan Le**; 4) JPMorgan Chase Bank; For Furniture: 1) JPMorgan Chase Bank; 2) JPMorgan Chase Bank; 3) SBA Disaster Loan Service Center ; **4) Huan Le**; For Printers, computers, supplies and play material: 1) JPMorgan Chase Bank; 2) JPMorgan Chase Bank; 3) SBA Disaster Loan Service Center ; **4) Huan Le**; For Generator: 1) JPMorgan Chase Bank; 2) JPMorgan Chase Bank; 3) SBA Disaster Loan Service Center ; **4) Huan Le**; 5) Generators of Houston; For State PPECC License: 1) JPMorgan Chase Bank; 2) JPMorgan Chase Bank; 3) SBA Disaster Loan Service Center ; **4) Huan Le**

**2.5  Creditor's name**

JPMorgan Chase Bank

**Specify each creditor, including this creditor, and its relative priority.**

For Furniture: 1) JPMorgan Chase Bank; 2) JPMorgan Chase Bank; 3) SBA Disaster Loan Service Center ; 4) Huan Le; For Printers, computers, supplies and play material: 1) JPMorgan Chase Bank; **2) JPMorgan Chase Bank**; 3) SBA Disaster Loan Service Center ; 4) Huan Le; For Fire system and sprinkler system-not removable-leasehold improvement: 1) JPMorgan Chase Bank; **2) JPMorgan Chase Bank**; 3) SBA Disaster Loan Service Center ; For Receivables- value is unresolved due to possible disputes and rejections: 1) JPMorgan Chase Bank; 2) SBA Disaster Loan Service Center ; 3) Huan Le; **4) JPMorgan Chase Bank**; For Generator: 1) JPMorgan Chase Bank; **2) JPMorgan Chase Bank**; 3) SBA Disaster Loan Service Center ; 4) Huan Le; 5) Generators of Houston; For Excelsior Realty I, LLC: **1) JPMorgan Chase Bank**; 2) JPMorgan Chase Bank; For JoycareKids.com domain name: 1) JPMorgan Chase Bank; **2) JPMorgan Chase Bank**; 3) SBA Disaster Loan Service Center ; For State PPECC License: 1) JPMorgan Chase Bank; **2) JPMorgan Chase Bank**; 3) SBA Disaster Loan Service Center ; 4) Huan Le; For Internal operational methods: 1) JPMorgan Chase Bank; **2) JPMorgan Chase Bank**; 3) SBA Disaster Loan Service Center ; For Customer list: 1) JPMorgan Chase Bank; **2) JPMorgan Chase Bank**; 3) SBA Disaster Loan Service Center

**2.6  Creditor's name**

JPMorgan Chase Bank

**Specify each creditor, including this creditor, and its relative priority.**

For State PPECC License: **1) JPMorgan Chase Bank**; 2) JPMorgan Chase Bank; 3) SBA Disaster Loan Service Center ; 4) Huan Le; For JoycareKids.com domain name: **1) JPMorgan Chase Bank**; 2) JPMorgan Chase Bank; 3) SBA Disaster Loan Service Center ; For Internal operational methods: **1) JPMorgan Chase Bank**; 2) JPMorgan Chase Bank; 3) SBA Disaster Loan Service Center ; For Customer list: **1) JPMorgan Chase Bank**; 2) JPMorgan Chase Bank; 3) SBA Disaster Loan Service Center ; For Generator: **1) JPMorgan Chase Bank**; 2) JPMorgan Chase Bank; 3) SBA Disaster Loan Service Center ; 4) Huan Le; 5) Generators of Houston; For Receivables- value is unresolved due to possible disputes and rejections: **1) JPMorgan Chase Bank**; 2) SBA Disaster Loan Service Center ; 3) Huan Le; 4) JPMorgan Chase Bank; For Van: 1) Ally Financial ; **2) JPMorgan Chase Bank**; 3) SBA Disaster Loan Service Center ; For 2014 GMC SAV: 1) Arvest Equipment Finance; **2) JPMorgan Chase Bank**; For Excelsior Realty I, LLC: 1) JPMorgan Chase Bank; **2) JPMorgan Chase Bank**; For Furniture: **1) JPMorgan Chase Bank**; 2) JPMorgan Chase Bank; 3) SBA Disaster Loan Service Center ; 4) Huan Le; For Fire system and sprinkler system-not removable-leasehold improvement: **1) JPMorgan Chase Bank**; 2) JPMorgan Chase Bank; 3) SBA Disaster Loan Service Center ; For Security system- not removable-leasehold improvement: 1) U.S. Bank Equipment Finance; 2) Marlin Business Bank; **3) JPMorgan Chase Bank**; 4) SBA Disaster Loan Service Center ; For Printers, computers, supplies and play material: **1) JPMorgan Chase Bank**; 2) JPMorgan Chase Bank; 3) SBA Disaster Loan Service Center ; 4) Huan Le

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | Joycare Therapy, LLC |
| United States Bankruptcy Court for the: | Southern District of Texas |
| Case number (if known): | 22-33581-H3-11 |

☐ Check if this is an amended filing

## Official Form 206E/F
# Schedule E/F: Creditors Who Have Unsecured Claims
**12/15**

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:    List All Creditors with PRIORITY Unsecured Claims**

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507)
   ☑ No. Go to Part 2.
   ☐ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|

**2.1** Priority creditor's name and mailing address

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ___

**2.2** Priority creditor's name and mailing address

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ___

Debtor   **Joycare Therapy, LLC**                                        Case number *(if known)*   **22-33581-H3-11**
_____
Name

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |

3.   **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  | | **Amount of claim** |
|---|---|---|

**3.1**   Nonpriority creditor's name and mailing address

**Acosta Diaz, Aniuska**

**17907 Glenpatti dr**

**Houston, TX 77084**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

Amount of claim   **unknown**

---

**3.2**   Nonpriority creditor's name and mailing address

**Adams Family**

**8201 W Bellfort Ave**

**Houston, TX 77071**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

Amount of claim   **unknown**

---

**3.3**   Nonpriority creditor's name and mailing address

**Adams, Tonya**

**1902 Hiltonhead Dr**

**Missouri City, TX 77459**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

Amount of claim   **unknown**

---

**3.4**   Nonpriority creditor's name and mailing address

**AED 123, LLC**

**2200 Post Oak Blvd Suite 1000**

**Houston, TX 77056**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

Amount of claim   **unknown**

| Debtor | **Joycare Therapy, LLC** | | Case number *(if known)* | **22-33581-H3-11** |
|---|---|---|---|---|
| | Name | | | |

---

**Part 2:**  Additional Page

---

**3.5** | Nonpriority creditor's name and mailing address
**Ahaotu, Ashely**

**1000 Cypress Station Dr #507**

**Houston, TX 77090**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

unknown

---

**3.6** | Nonpriority creditor's name and mailing address
**Ahaotu, Ashley**

**1000 Cypress Station Dr #507**

**Houston, TX 77090**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

unknown

---

**3.7** | Nonpriority creditor's name and mailing address
**Aim Staffing, Inc**

**9900 Westpark Dr**

**Houston, TX 77063-5277**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$22,830.00

---

**3.8** | Nonpriority creditor's name and mailing address
**Akachukwu, Ike L**

**2518 hunter side trail**

**fresno, TX 77545**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

unknown

---

| Debtor | **Joycare Therapy, LLC** | Case number *(if known)* | **22-33581-H3-11** |
|--------|------------------------|------------------------|-------------------|
| | Name | | |

---

**Part 2:** Additional Page

---

**3.9**
Nonpriority creditor's name and mailing address
**Alfaro Family**

**13734 Alderson St**

**Houston, TX 77015**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:                          _____unknown_____
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.10**
Nonpriority creditor's name and mailing address
**Allen Family**

**3511 Kaufman Ave**

**Pearland, TX 77584**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:                          _____unknown_____
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.11**
Nonpriority creditor's name and mailing address
**Allen, Telecia S**

**14514 Maisermore Rd.**

**Houston, TX 77015**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:                          _____unknown_____
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.12**
Nonpriority creditor's name and mailing address
**Alliant Insurance**

**3600 N Capital of Texas Hwy Ste 200 D,**

**Austin, TX 78746-3314**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:                          _____unknown_____
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Insurance payments__

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | **Joycare Therapy, LLC** | | Case number *(if known)* | **22-33581-H3-11** |
|---|---|---|---|---|
| | Name | | | |

## Part 2:  Additional Page

**3.13** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | unknown

**Althorshan, Ntum**

**12330 Grove Meadow Dr**

**Stafford, TX 77477**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Date or dates debt was incurred** _____

Is the claim subject to offset?
☑ No
☐ Yes

**Last 4 digits of account number** __ __ __ __

---

**3.14** | Nonpriority creditor's name and mailing address | unknown

**Amell, Carmenza**

**2873 Everett Drive**

**Friendswood, TX 77546**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Date or dates debt was incurred** _____

Is the claim subject to offset?
☑ No
☐ Yes

**Last 4 digits of account number** __ __ __ __

---

**3.15** | Nonpriority creditor's name and mailing address | unknown

**Bala, Hannah**

**811 Birdsall Street, Unit A**

**Houston, TX 77007**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Date or dates debt was incurred** _____

Is the claim subject to offset?
☑ No
☐ Yes

**Last 4 digits of account number** __ __ __ __

---

**3.16** | Nonpriority creditor's name and mailing address | $6,000.00

**BankDirect Capital Finance**

**150 N Field Dr Ste 190**

**Lake Forest, IL 60045-2594**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  **Financing of liability insurance**

**Date or dates debt was incurred** _____

Is the claim subject to offset?
☑ No
☐ Yes

**Last 4 digits of account number** __ __ __ __

**Remarks:** Security interest in unearned insurance premiums

| Debtor | **Joycare Therapy, LLC** | | Case number *(if known)* | **22-33581-H3-11** |
|---|---|---|---|---|
| | Name | | | |

---

**Part 2:** Additional Page

---

**3.17** Nonpriority creditor's name and mailing address

**Banks Family**

**9125 HWY 6 N apt 534**

**Houston, TX 77095**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

_____unknown_____

---

**3.18** Nonpriority creditor's name and mailing address

**Bargky Family**

**15210 Addicks Stone Dr. Unit B**

**Houston, TX 77082**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

_____unknown_____

---

**3.19** Nonpriority creditor's name and mailing address

**Barnes, Yvette C**

**14203 Teaberry Breeze Ct**

**Houston, TX 77044**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

_____unknown_____

---

**3.20** Nonpriority creditor's name and mailing address

**Basey, Ebony**

**1602 Enclave Pkwy Apt 1914G**

**Houston, TX 77077**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

_____unknown_____

---

| Debtor | **Joycare Therapy, LLC** | Case number *(if known)* | **22-33581-H3-11** |
|---|---|---|---|
| | Name | | |

---

### Part 2: Additional Page

**3.21** | Nonpriority creditor's name and mailing address

**Battaglia, Vanessa**

**10615 Dawn Pine Forest Trl**

**Tomball, TX 77375**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

unknown _____

---

**3.22** | Nonpriority creditor's name and mailing address

**Bento Technologies**

**PO Box 10929**

**Chicago, IL 60610**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

unknown _____

---

**3.23** | Nonpriority creditor's name and mailing address

**Billiot, Jacqueline**

**1300 N Post Oak Rd**

**Houston, TX 77055**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

unknown _____

---

**3.24** | Nonpriority creditor's name and mailing address

**Bing, Amanda**

**3800 County Road 94 #12202**

**Manvel, TX 77578**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

unknown _____

---

**Schedule E/F: Creditors Who Have Unsecured Claims**

| Debtor | **Joycare Therapy, LLC** | | Case number *(if known)* | **22-33581-H3-11** |
|---|---|---|---|---|
| | Name | | | |

## Part 2: Additional Page

**3.25**

**Nonpriority creditor's name and mailing address**

Blaise Gibson

16 Cornell Dr

Wyandanch, NY 11798-1206

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

$166,061.00

---

**3.26**

**Nonpriority creditor's name and mailing address**

Blanco Family

10326 Bushy Creek

Houston, TX 77070

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

unknown

---

**3.27**

**Nonpriority creditor's name and mailing address**

Bongaman, Elvin T

14405 Bro Bonito Rd 339

Houston, TX 77083

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

unknown

---

**3.28**

**Nonpriority creditor's name and mailing address**

Boston Family

7023 Hobby Wind Ridge

Houston, TX 77075

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

unknown

---

| Debtor | **Joycare Therapy, LLC** | Case number *(if known)* | **22-33581-H3-11** |
|---|---|---|---|
| | Name | | |

---

| Part 2: | Additional Page |
|---|---|

---

**3.29** | Nonpriority creditor's name and mailing address

**Broeske, Kenya**

**4203 Tranquil View Dr**

**Houston, TX 77084**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**unknown**

---

**3.30** | Nonpriority creditor's name and mailing address

**Burke, Cottichia J**

**12543 S Ashford Villa Ln**

**Houston, TX 77082**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**unknown**

---

**3.31** | Nonpriority creditor's name and mailing address

**Busby Family**

**6706 Ralston St apt C6**

**Houston, TX 77016**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**unknown**

---

**3.32** | Nonpriority creditor's name and mailing address

**Campbell, Tanisha**

**12433 Tidwell 332**

**Houston, TX 77044**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**unknown**

---

| Debtor | **Joycare Therapy, LLC** | | Case number *(if known)* | **22-33581-H3-11** |
|---|---|---|---|---|
| | Name | | | |

<div style="background:black;color:white">**Part 2:**</div> Additional Page

---

**3.33**  **Nonpriority creditor's name and mailing address**

**Carson, Shamelia**

**13126 Kingston Point Ln**

**Houston, TX 77047**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

                                                    <u>unknown</u>

---

**3.34**  **Nonpriority creditor's name and mailing address**

**Carston, Rontreslyn**

**137 Town Homes Dr**

**Lafayette, TX 70501**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

                                                    <u>unknown</u>

---

**3.35**  **Nonpriority creditor's name and mailing address**

**Carter, Katie**

**12815 Bamboo Forest Trail**

**Houston, TX 77044**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

                                                    <u>unknown</u>

---

**3.36**  **Nonpriority creditor's name and mailing address**

**Chase Card Services**

**PO Box 15298**

**Carol Stream, IL 60197**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _1_ _1_ _9_ _5_

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

                                                    <u>$95,266.00</u>

---

| Debtor | **Joycare Therapy, LLC** | | Case number *(if known)* | **22-33581-H3-11** |
|---|---|---|---|---|
| | Name | | | |

## Part 2: Additional Page

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | unknown |
|---|---|---|---|
| | Chinn, Sundara | ☐ Contingent | |
| | 5611 Oak Trail Ln | ☐ Unliquidated | |
| | Houston, TX 77091 | ☐ Disputed | |
| | | **Basis for the claim:** _____ | |
| | Date or dates debt was incurred _____ | **Is the claim subject to offset?** | |
| | Last 4 digits of account number __ __ __ __ | ☑ No ☐ Yes | |

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | unknown |
|---|---|---|---|
| | Choksey, Farnaz | ☐ Contingent | |
| | 6251 Agassi Ace Ct | ☐ Unliquidated | |
| | Spring, TX 77379 | ☐ Disputed | |
| | | **Basis for the claim:** _____ | |
| | Date or dates debt was incurred _____ | **Is the claim subject to offset?** | |
| | Last 4 digits of account number __ __ __ __ | ☑ No ☐ Yes | |

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,000.00 |
|---|---|---|---|
| | Christian Thisgaard | ☐ Contingent | |
| | 4927 Rose Canyon Ln | ☐ Unliquidated | |
| | Katy, TX 77494-6542 | ☐ Disputed | |
| | | **Basis for the claim:** _____ | |
| | Date or dates debt was incurred _____ | **Is the claim subject to offset?** | |
| | Last 4 digits of account number __ __ __ __ | ☑ No ☐ Yes | |

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | unknown |
|---|---|---|---|
| | CHURCH Family | ☐ Contingent | |
| | 2040 GREENHOUSE RD | ☐ Unliquidated | |
| | Houston, TX 77084 | ☐ Disputed | |
| | | **Basis for the claim:** _____ | |
| | Date or dates debt was incurred _____ | **Is the claim subject to offset?** | |
| | Last 4 digits of account number __ __ __ __ | ☑ No ☐ Yes | |

| Debtor | **Joycare Therapy, LLC** | Case number *(if known)* | **22-33581-H3-11** |
|---|---|---|---|
| | Name | | |

<div style="background:black;color:white">**Part 2:**</div> Additional Page

---

**3.41** Nonpriority creditor's name and mailing address

City of Houston

Po Box 4863

Houston, TX 77210-4863

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

**$11,828.00**

---

**3.42** Nonpriority creditor's name and mailing address

Cleveland, Laura M

7610 Echinacea Drive

Baytown, TX 77521

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

**unknown**

---

**3.43** Nonpriority creditor's name and mailing address

Coleman, Donna M

4006 Applerock Drive

Baytown, TX 77521

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

**unknown**

---

**3.44** Nonpriority creditor's name and mailing address

Coria, Jessica

8503 Church Light Ln

Houston, TX 77064

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

**unknown**

| Debtor | **Joycare Therapy, LLC** | | Case number *(if known)* | **22-33581-H3-11** |
|---|---|---|---|---|
| | Name | | | |

| Part 2: | Additional Page |
|---|---|

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | underline unknown |
|---|---|---|---|

**3.45** Nonpriority creditor's name and mailing address
Corley Family

9251 Burdine St

Houston, TX 77096

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

unknown

---

**3.46** Nonpriority creditor's name and mailing address
Cottichia Burke

5218 Prairie Terrace Ln

Fulshear, TX 77441-2199

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$120,000.00

---

**3.47** Nonpriority creditor's name and mailing address
Cotton, Alexandra

2801 Walnutbend Ln #71

Houston, TX 77042

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

unknown

---

**3.48** Nonpriority creditor's name and mailing address
CP Energy Entex

P.O. Box 4981

Houston, TX 77210

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

unknown

| Debtor | **Joycare Therapy, LLC** | | Case number *(if known)* | **22-33581-H3-11** |
|---|---|---|---|---|
| | Name | | | |

---

### Part 2: Additional Page

**3.49** Nonpriority creditor's name and mailing address

**Crawford, Angel**

**4855 W Fuqua St, Apt 2203**

**Houston, TX 77045**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

unknown _____

---

**3.50** Nonpriority creditor's name and mailing address

**Creixe, Miren**

**7300 Brompton Street, Apt. 5713**

**Houston, TX 77025**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

unknown _____

---

**3.51** Nonpriority creditor's name and mailing address

**Creixel, Miren**

**7300 Brompton Street #5713**

**Houston, TX 77025**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

unknown _____

---

**3.52** Nonpriority creditor's name and mailing address

**Cross, Lillian**

**12903 Glenwyck St**

**Houston, TX 77045**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

unknown _____

---

Debtor    **Joycare Therapy, LLC**                                    Case number *(if known)*    **22-33581-H3-11**
Name

| Part 2: | Additional Page |
|---|---|

**3.53** Nonpriority creditor's name and mailing address

**CUELLAR Family**

**7434 BROWNSVILLE ST**

**Houston, TX 77020**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

<u>unknown</u>

**3.54** Nonpriority creditor's name and mailing address

**David Franklin**

**18030 Rancho St**

**Encino, CA 91316-4213**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

<u>$243,946.00</u>

**3.55** Nonpriority creditor's name and mailing address

**DAVIS NELSON Family**

**15830 Willbriar Lane**

**Missouri City, TX 77489**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

<u>unknown</u>

**3.56** Nonpriority creditor's name and mailing address

**Davis-Nelson Family**

**15830 Willbriar Ln**

**Missouri City, TX 77489**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

<u>unknown</u>

| Debtor | **Joycare Therapy, LLC** | Case number *(if known)* | **22-33581-H3-11** |
|---|---|---|---|
| | Name | | |

---

**Part 2:** Additional Page

---

**3.57** | Nonpriority creditor's name and mailing address

**Dearborne Family**

**1950 Eldridge Pkwy unit 14304**

**Houston, TX 77077**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

unknown

---

**3.58** | Nonpriority creditor's name and mailing address

**Delasbour JR Family**

**1008 Lindsey Dr**

**Rosenburg, TX 77471**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

unknown

---

**3.59** | Nonpriority creditor's name and mailing address

**Dewalt Family**

**16966 Northchase Dr**

**Houston, TX 77060**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

unknown

---

**3.60** | Nonpriority creditor's name and mailing address

**Diego Bello**

**5302 La Branch St**

**Houston, TX 77004-6834**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Accounting services**

**Is the claim subject to offset?**
☑ No
☐ Yes

$8,000.00

---

| Debtor | **Joycare Therapy, LLC** | Case number *(if known)* | **22-33581-H3-11** |
|---|---|---|---|
| | Name | | |

---

<div style="background:black;color:white">**Part 2:**</div> Additional Page

---

**3.61** | **Nonpriority creditor's name and mailing address**

**Dimiceli Family**

**2605 Reed Rd unit 2217**

**Houston, TX 77051**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

unknown

---

**3.62** | **Nonpriority creditor's name and mailing address**

**Dobie Family**

**16223 Green Shade Dr**

**Houston, TX 77090**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

unknown

---

**3.63** | **Nonpriority creditor's name and mailing address**

**Don Tom and Judy Le**

**4135 Tartan Ln**

**Houston, TX 77025-2920**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Loan**

**Is the claim subject to offset?**
☑ No
☐ Yes

$526,357.00

---

**3.64** | **Nonpriority creditor's name and mailing address**

**Edmond, Taylor**

**13146 Skyview Landing Dr**

**Houston, TX 77047**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

unknown

---

| Debtor | **Joycare Therapy, LLC** | Case number *(if known)* | **22-33581-H3-11** |
|---|---|---|---|
| | Name | | |

---

**Part 2:** Additional Page

---

**3.65** | **Nonpriority creditor's name and mailing address**

**Ejezie Family**

**17006 Audrey Arbor Way**

**Richmond, TX 77407**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

unknown

---

**3.66** | **Nonpriority creditor's name and mailing address**

**E-Lim, Inc.**

**6720 Sands Point Dr., Ste. 103**

**Houston, TX 77074**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

unknown

---

**3.67** | **Nonpriority creditor's name and mailing address**

**Eromosele, Sarah**

**17203 Quiet Song Ct**

**Richmond, TX 77407**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

unknown

---

**3.68** | **Nonpriority creditor's name and mailing address**

**Excelsior Realty I, LLC**

**1808 Antoine Dr**

**Houston, TX 77055-1842**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$13,778.00

---

| Debtor | **Joycare Therapy, LLC** | Case number *(if known)* | **22-33581-H3-11** |
|---|---|---|---|
| | Name | | |

---

**Part 2:** Additional Page

---

**3.69** | Nonpriority creditor's name and mailing address
**Fire and Life Safety**

**7077 W 43rd St**

**Houston, TX 77092-4439**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Remarks: Sprinkler system

As of the petition filing date, the claim is:                     **$10,480.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
                                        **Possibly security system**
Basis for the claim:  **but no UCC filed**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.70** | Nonpriority creditor's name and mailing address
**FLANAGAN Family**

**13208 RAVENLAKE DR**

**Pearland, TX 77584**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:                     **unknown**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.71** | Nonpriority creditor's name and mailing address
Flores, Juan A

**5002 Whispering Falls Dr**

**Houston, TX 77084**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:                     **unknown**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.72** | Nonpriority creditor's name and mailing address
Flores-Olloqui, Adriana G

**5002 Whispering Falls Dr**

**Houston, TX 77084**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:                     **unknown**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | **Joycare Therapy, LLC** | Case number *(if known)* | **22-33581-H3-11** |
|---|---|---|---|
| | Name | | |

---

**Part 2:**  Additional Page

---

**3.73** | Nonpriority creditor's name and mailing address
**Floyd Family**

**1950 Eldridge Pkwy unit 9108**

**Houston, TX 77077**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

unknown

---

**3.74** | Nonpriority creditor's name and mailing address
**Ford Family**

**12660 Stafford Rd Apt 135**

**Stafford, TX 77477**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

unknown

---

**3.75** | Nonpriority creditor's name and mailing address
**Frazier, Kathania**

**3215 Breeze Bluff Way**

**Richmond, TX 77406**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

unknown

---

**3.76** | Nonpriority creditor's name and mailing address
**Frederick Francis Franklin**

**3501 Tiffany Ridge Ln**

**Blue Ash, OH 45241-3810**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$20,738.00

---

| Debtor | **Joycare Therapy, LLC** | | Case number *(if known)* | **22-33581-H3-11** |
|---|---|---|---|---|
| | Name | | | |

---

## Part 2:   Additional Page

---

**3.77** Nonpriority creditor's name and mailing address

**Freeman, Yulonda**

**6706 Finch St Apt 1**

**Houston, TX 77028**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

unknown

---

**3.78** Nonpriority creditor's name and mailing address

**Gabba, Alimatu**

**12910 Balarama dr**

**Houston, TX 77099**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

unknown

---

**3.79** Nonpriority creditor's name and mailing address

**Gage Medical Management Services**

**Po Box 631571**

**Nacogdoches, TX 75963-1571**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$46,133.00

---

**3.80** Nonpriority creditor's name and mailing address

**Garay Callejas, Laura**

**18506 S Wimbledon Dr**

**Katy, TX 77449**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

unknown

---

| Debtor | **Joycare Therapy, LLC** | Case number *(if known)* | **22-33581-H3-11** |
|---|---|---|---|
| | Name | | |

<div style="background:black;color:white">**Part 2:** Additional Page</div>

| 3.81 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | <u>unknown</u> |
|---|---|---|---|

**Garcia Family**

**8315 Radial Ct**

**Rosharon, TX 77583**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.82 | Nonpriority creditor's name and mailing address | | <u>unknown</u> |
|---|---|---|---|

**Garcia, Chessica**

**4406 washmon ave**

**Harlingen, TX 78552**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.83 | Nonpriority creditor's name and mailing address | | <u>unknown</u> |
|---|---|---|---|

**Garrick Family**

**302 Crosstimbers St. Apt. 207**

**Houston, TX 77022**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.84 | Nonpriority creditor's name and mailing address | | <u>unknown</u> |
|---|---|---|---|

**Gaston, Shawn L**

**4930 Vintage Grove Ct**

**Katy, TX 77449**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**Is the claim subject to offset?**
☑ No
☐ Yes

| Debtor | **Joycare Therapy, LLC** | Case number *(if known)* | **22-33581-H3-11** |
|--------|--------------------------|--------------------------|---------------------|
|        | Name |  |  |

## Part 2:   Additional Page

**3.85** | Nonpriority creditor's name and mailing address
Gilpin, Angelisa

24758 Grand Harbor Dr, Apt 608

Katy, TX 77494

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

_____unknown_____

---

**3.86** | Nonpriority creditor's name and mailing address
Givens, Miata

3126 Dogwood Springs Drive

Houston, TX 77073

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

_____unknown_____

---

**3.87** | Nonpriority creditor's name and mailing address
Gomez, Zuzel

20811 Grenoble Ln

Katy, TX 77450

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

_____unknown_____

---

**3.88** | Nonpriority creditor's name and mailing address
Gonzalez, Carla

21730 Hegewick Ct

Spring, TX 77388

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

_____unknown_____

| Debtor | **Joycare Therapy, LLC** | | Case number *(if known)* | **22-33581-H3-11** |
|---|---|---|---|---|
| | Name | | | |

<table>
<tr><td colspan="2" style="background:black;color:white"><strong>Part 2:</strong> Additional Page</td></tr>
</table>

**3.89** | **Nonpriority creditor's name and mailing address**

GREEN Family

15447 BAMMEL FIELDS CT

Houston, TX 77014

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

_____unknown_____

---

**3.90** | **Nonpriority creditor's name and mailing address**

Grossman, Micah

24142 Mirabella Way

Richmond, TX 77406

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

_____unknown_____

---

**3.91** | **Nonpriority creditor's name and mailing address**

Harrell Architects, LP

2016 Bauer Dr

Houston, TX 77080

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☐ No
☑ Yes

_____$20,000.00_____

---

**3.92** | **Nonpriority creditor's name and mailing address**

Harris County Rides

8410 Lantern Point Dr

Houston, TX 77054

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

_____unknown_____

| Debtor | **Joycare Therapy, LLC** | Case number *(if known)* | **22-33581-H3-11** |
|---|---|---|---|
| | Name | | |

**Part 2:**   Additional Page

---

**3.93**   Nonpriority creditor's name and mailing address

Harris County Toll Road

Po Box 4440

Houston, TX 77210-4440

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**  Tolls

**Is the claim subject to offset?**
☑ No
☐ Yes

$168.00

---

**3.94**   Nonpriority creditor's name and mailing address

Harrison, Kymbra

3711 Southmore Blvd

Houston, TX 77004

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

unknown

---

**3.95**   Nonpriority creditor's name and mailing address

Healthcare Services

1001 E. Lookout Dr.

Richardsoon, TX 75082

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

unknown

---

**3.96**   Nonpriority creditor's name and mailing address

Hidalgo, Brenda

10301 Sandpiper Dr

Houston, TX 77096

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

unknown

---

| Debtor | **Joycare Therapy, LLC** | Case number *(if known)* | **22-33581-H3-11** |
|---|---|---|---|
| | Name | | |

---

### Part 2: Additional Page

---

**3.97** **Nonpriority creditor's name and mailing address**

Huan Le

3750 Childress St

Houston, TX 77005-1112

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$359,987.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.98** **Nonpriority creditor's name and mailing address**

IT SWITCHER

6720 Sands Point Dr Ste 101

Houston, TX 77074

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

unknown

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.99** **Nonpriority creditor's name and mailing address**

Jackson Family

3414 Knotty Oaks Tr

Houston, TX 77045

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

unknown

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.100** **Nonpriority creditor's name and mailing address**

Jackson, Laretha

10103 lansdale dr. #605

houston, TX 77036

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

unknown

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | **Joycare Therapy, LLC** | | Case number *(if known)* | **22-33581-H3-11** |
|---|---|---|---|---|
| | Name | | | |

---

### Part 2: Additional Page

**3.101** | **Nonpriority creditor's name and mailing address**

Jackson, Norma

2525 S Voss Rd

Houston, TX 77052

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

_____unknown_____

---

**3.102** | **Nonpriority creditor's name and mailing address**

Jimenez, Nina

77 East Edgebrook Drive, Apt 809

Houston, TX 77034

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

_____unknown_____

---

**3.103** | **Nonpriority creditor's name and mailing address**

Johnson Family

1506 Willow Rock Rd

Houston, TX 77088

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

_____unknown_____

---

**3.104** | **Nonpriority creditor's name and mailing address**

Johnson, Laura

331 N Texas St

Texas City, TX 77591

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

_____unknown_____

---

| Debtor | **Joycare Therapy, LLC** | Case number *(if known)* | **22-33581-H3-11** |
|---|---|---|---|
| | Name | | |

---

**Part 2:**  Additional Page

---

**3.105**  **Nonpriority creditor's name and mailing address**

Jones Family

6767 Long Drive Unit 110

Houston, TX 77087

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

_____unknown_____

---

**3.106**  **Nonpriority creditor's name and mailing address**

Jones Family

3910 Tiffany Dr.

Houston, TX 77045

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

_____unknown_____

---

**3.107**  **Nonpriority creditor's name and mailing address**

Jones, Lisa

119 king st

Anderson, TX 29624

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

_____unknown_____

---

**3.108**  **Nonpriority creditor's name and mailing address**

Jones, Toya

14810 Earlswood Dr

Houston, TX 77083

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

_____unknown_____

---

| Debtor | **Joycare Therapy, LLC** | Case number *(if known)* | **22-33581-H3-11** |
|---|---|---|---|
| | Name | | |

<table>
<tr><td style="background:black;color:white">Part 2:</td><td>Additional Page</td></tr>
</table>

---

**3.109** | **Nonpriority creditor's name and mailing address**

Joycare Family

2222 Sandspoint Dr

Houston, TX 77074

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

____unknown____

---

**3.110** | **Nonpriority creditor's name and mailing address**

Kanrad Technologies Inc

4340 Stevens Creek Blvd Ste 162

San Jose, CA 95129-1161

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$4,871.00

---

**3.111** | **Nonpriority creditor's name and mailing address**

Kathryn Espana

3830 Sun Valley Dr

Houston, TX 77025-4139

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Contract Services

**Is the claim subject to offset?**
☑ No
☐ Yes

$8,800.00

---

**3.112** | **Nonpriority creditor's name and mailing address**

Kearney Family

2027 Plantation Dr

Richmond, TX 77406

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

____unknown____

---

| Debtor | **Joycare Therapy, LLC** | Case number *(if known)* | **22-33581-H3-11** |
|---|---|---|---|
| | Name | | |

---

**Part 2:** Additional Page

---

**3.113** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | <u>unknown</u>
| Knowles, Angella | *Check all that apply.* |
| | ☐ Contingent |
| 7806 Birmingham St | ☐ Unliquidated |
| Houston, TX 77028 | ☐ Disputed |
| | **Basis for the claim:** _____ |
| **Date or dates debt was incurred** _____ | **Is the claim subject to offset?** |
| **Last 4 digits of account number** __ __ __ __ | ☑ No |
| | ☐ Yes |

**3.114** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | <u>unknown</u>
| LaBrie, Monica L | *Check all that apply.* |
| | ☐ Contingent |
| 24319 Treviso Gardens | ☐ Unliquidated |
| Katy, TX 77493 | ☐ Disputed |
| | **Basis for the claim:** _____ |
| **Date or dates debt was incurred** _____ | **Is the claim subject to offset?** |
| **Last 4 digits of account number** __ __ __ __ | ☑ No |
| | ☐ Yes |

**3.115** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | <u>unknown</u>
| Lagard Family | *Check all that apply.* |
| | ☐ Contingent |
| 6400 W Belfort apt 1012 | ☐ Unliquidated |
| Houston, TX 77035 | ☐ Disputed |
| | **Basis for the claim:** _____ |
| **Date or dates debt was incurred** _____ | **Is the claim subject to offset?** |
| **Last 4 digits of account number** __ __ __ __ | ☑ No |
| | ☐ Yes |

**3.116** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | <u>unknown</u>
| Lee, April | *Check all that apply.* |
| | ☐ Contingent |
| 7616 N Main St # A | ☐ Unliquidated |
| Houston, TX 77022 | ☐ Disputed |
| | **Basis for the claim:** _____ |
| **Date or dates debt was incurred** _____ | **Is the claim subject to offset?** |
| **Last 4 digits of account number** __ __ __ __ | ☑ No |
| | ☐ Yes |

---

| Debtor | **Joycare Therapy, LLC** | | Case number *(if known)* | **22-33581-H3-11** |
|---|---|---|---|---|
| | Name | | | |

---

**Part 2:**   Additional Page

---

**3.117**   **Nonpriority creditor's name and mailing address**

**Leopold, Kendrea**

**15906 Manfield Drive**

**Houston, TX 77082**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

_____unknown_____

---

**3.118**   **Nonpriority creditor's name and mailing address**

**Lewis Family**

**8601 Wednesbury Ln Apt 219**

**Houston, TX 77074**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

_____unknown_____

---

**3.119**   **Nonpriority creditor's name and mailing address**

**Lindsay, Chamasia**

**5451 Fulton St #2407**

**Houston, TX 77009**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

_____unknown_____

---

**3.120**   **Nonpriority creditor's name and mailing address**

**Lopez Martinez Family**

**77 E Edgebrook Dr Apt 204**

**Houston, TX 77034**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

_____unknown_____

---

| Debtor | **Joycare Therapy, LLC** | Case number *(if known)* | **22-33581-H3-11** |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

**3.121** | Nonpriority creditor's name and mailing address

**Lopez, Claudia**

**20022 Tunnam Trail**

**Houston, TX 77073**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

_____unknown_____

---

**3.122** | Nonpriority creditor's name and mailing address

**Macwan, Adrian**

**6003 Soledad Pine Cir**

**Richmond, TX 77407**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

_____unknown_____

---

**3.123** | Nonpriority creditor's name and mailing address

**Mahmood, Fizzah**

**7235 Granvia Drive**

**Houston, TX 77083**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

_____unknown_____

---

**3.124** | Nonpriority creditor's name and mailing address

**Mangwa, Natty**

**3225 Woodland Park Dr #1611**

**Houston, TX 77082**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

_____unknown_____

| Debtor | **Joycare Therapy, LLC** | Case number *(if known)* | **22-33581-H3-11** |
|---|---|---|---|
| | Name | | |

---

**Part 2:** Additional Page

---

**3.125** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | unknown
--- | --- | --- | ---

**3.125**

Nonpriority creditor's name and mailing address

**Marks, Nesha**

**4006 Brandwere Way St**

**Houston, TX 77066**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

unknown

---

**3.126**

Nonpriority creditor's name and mailing address

**Marody, John**

**234 Soren Ln**

**Houston, TX 77076**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

unknown

---

**3.127**

Nonpriority creditor's name and mailing address

**Martinez, Cecilia**

**3418 Rockyridge Dr**

**Houston, TX 77063**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

unknown

---

**3.128**

Nonpriority creditor's name and mailing address

**Mason-Kelly, Mahagony**

**2500 Woodland Park Dr**

**Houston, TX 77077**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

unknown

---

| Debtor | **Joycare Therapy, LLC** | Case number *(if known)* | **22-33581-H3-11** |
|---|---|---|---|
| | Name | | |

---

### Part 2: Additional Page

**3.129** | **Nonpriority creditor's name and mailing address**

Mbah, Justine

7814 country space loop north

Richmond, TX 77469

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

___unknown___

---

**3.130** | **Nonpriority creditor's name and mailing address**

McCann, London

1911 Grand Oak

Pearland, TX 77581

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

___unknown___

---

**3.131** | **Nonpriority creditor's name and mailing address**

McKesson

9954 Maryland Drive 4000

Henrico, VA 23233

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

___$3,471.00___

---

**3.132** | **Nonpriority creditor's name and mailing address**

McKinney, Detra

18155 Sorrell Oaks Cir

Richmond, TX 77407

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

___unknown___

---

| Debtor | **Joycare Therapy, LLC** | Case number *(if known)* | **22-33581-H3-11** |
|---|---|---|---|
| | Name | | |

---

**Part 2:** Additional Page

---

**3.133** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **unknown** |

McNeil, Vianna

2820 Fountain View Dr

Houston, TX 77057

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred _____

Basis for the claim: _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.134** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **unknown** |

Medlock-Brown, Mahoganee

5440 Braesvalley Dr

Houston, TX 77096

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred _____

Basis for the claim: _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.135** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **unknown** |

Medlock-Brown, Mahoganee R

5440 Bravesvalley Dr #183

Houston, TX 77096

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred _____

Basis for the claim: _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.136** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$293,001.00** |

Micah Grossman

24142 Mirabella Way

Richmond, TX 77406-4536

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred _____

Basis for the claim: _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | **Joycare Therapy, LLC** | | Case number *(if known)* | **22-33581-H3-11** |
|---|---|---|---|---|
| | Name | | | |

**3.137**  **Nonpriority creditor's name and mailing address**

Middleton, Mollyerin

7731 Meadowvale Drive

Houston, TX 77063

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

_____unknown_____

---

**3.138**  **Nonpriority creditor's name and mailing address**

Miguel Family

4235 Barberry Dr Apt 203

Houston, TX 77051

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

_____unknown_____

---

**3.139**  **Nonpriority creditor's name and mailing address**

Mistry Family

11111 Gavin Place Dr

Houston, TX 77088

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

_____unknown_____

---

**3.140**  **Nonpriority creditor's name and mailing address**

Molina Zuniga, Hector

18211 foley park ct

Cypress, TX 77433

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

_____unknown_____

| Debtor | **Joycare Therapy, LLC** | Case number *(if known)* | **22-33581-H3-11** |
|---|---|---|---|
| | Name | | |

---

## Part 2:  Additional Page

---

**3.141** | Nonpriority creditor's name and mailing address

Molina, Hector

18211 foley park ct

Cypress, TX 77433

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

_____unknown_____

---

**3.142** | Nonpriority creditor's name and mailing address

Montufar Rojas Family

3620 Woodchase Apt 124

Houston, TX 77042

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

_____unknown_____

---

**3.143** | Nonpriority creditor's name and mailing address

Moody, Jahnisha

3363 Mccue rd apt 240

Houston , TX 77056

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

_____unknown_____

---

**3.144** | Nonpriority creditor's name and mailing address

Morales III Family

3003 Memorial Ct

Houston, TX 77007

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

_____unknown_____

---

| Debtor | **Joycare Therapy, LLC** | Case number *(if known)* | **22-33581-H3-11** |
|---|---|---|---|
| | Name | | |

<div style="background:black;color:white">**Part 2:**</div> Additional Page

---

**3.145** | **Nonpriority creditor's name and mailing address**
**Muguercia, Yamiledis**

**14041 Pine Lane**

**Humble, TX 77396**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

_unknown_

---

**3.146** | **Nonpriority creditor's name and mailing address**
**Nimmo-Ward, Korto**

**8430 Antoine Dr #271**

**Houston, TX 77088**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

_unknown_

---

**3.147** | **Nonpriority creditor's name and mailing address**
**Noemi Sirisaengfaksin**

**8335 Mentmore Dr**

**Spring, TX 77379-6753**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

_$90,642.00_

---

**3.148** | **Nonpriority creditor's name and mailing address**
**Nwigwe, Nnajike C**

**20118 Stonebridge Terrace Dr.**

**Houston, TX 77407**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

_unknown_

se

| Debtor | **Joycare Therapy, LLC** | Case number *(if known)* | **22-33581-H3-11** |
|---|---|---|---|
| | Name | | |

---

<div style="background:black;color:white">**Part 2:**</div> Additional Page

---

**3.149**

**Nonpriority creditor's name and mailing address**

**Oakes, Jenna**

**19707 Horseshoe Lake Ln**

**Houston, TX 77084**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

___unknown___

---

**3.150**

**Nonpriority creditor's name and mailing address**

**Odom, Tanya**

**1409 Banbury Circle**

**Livingston, TX 77351**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

___unknown___

---

**3.151**

**Nonpriority creditor's name and mailing address**

**Oglesby, Britttany**

**3318 Sparrow St**

**Houston, TX 77051**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

___unknown___

---

**3.152**

**Nonpriority creditor's name and mailing address**

**Ogunseinde Family**

**735 Dulles Ave Apt 817**

**Stafford, TX 77477**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

___unknown___

---

| Debtor | **Joycare Therapy, LLC** | | Case number *(if known)* | **22-33581-H3-11** |
|---|---|---|---|---|
| | Name | | | |

## Part 2:  Additional Page

---

**3.153** | **Nonpriority creditor's name and mailing address**
Okonkwo, Susan

12777 Ashford Point Ln

Houston, TX 77082

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

_unknown_

---

**3.154** | **Nonpriority creditor's name and mailing address**
Okonwo, Susan

12777 Ashford point Dr

Houston , TX 77082

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

_unknown_

---

**3.155** | **Nonpriority creditor's name and mailing address**
Oliver Family

23719 Pebworth Pl

Spring, TX 77373

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

_unknown_

---

**3.156** | **Nonpriority creditor's name and mailing address**
Ooma Lakshmanan

15311 Ripplestream St

Houston, TX 77068-1833

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Loan_

**Is the claim subject to offset?**
☑ No
☐ Yes

_$183,814.00_

---

| Debtor | **Joycare Therapy, LLC** | Case number *(if known)* | **22-33581-H3-11** |
|---|---|---|---|
| | Name | | |

---

**Part 2:   Additional Page**

---

**3.157** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | <u>    unknown    </u>
ORTIZ Family | *Check all that apply.*
| ☐ Contingent
507 Renfro Burford Rd | ☐ Unliquidated
| ☐ Disputed
Fresno, TX 77545 |

**Basis for the claim:** _____

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.158** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | <u>    unknown    </u>
Ortiz, Maria | *Check all that apply.*
| ☐ Contingent
6301 Sierra Blanca Dr #5607 | ☐ Unliquidated
| ☐ Disputed
Houston, TX 77083 |

**Basis for the claim:** _____

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.159** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | <u>    unknown    </u>
Ortiz, Mariadelcarmen | *Check all that apply.*
| ☐ Contingent
6301 Sierra Blanca Dr, Apt 5607 | ☐ Unliquidated
| ☐ Disputed
Houston, TX 77083 |

**Basis for the claim:** _____

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.160** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | <u>    unknown    </u>
Palacios, Rebecca T | *Check all that apply.*
| ☐ Contingent
8800 Fondren Rd | ☐ Unliquidated
| ☐ Disputed
Houston, TX 77074 |

**Basis for the claim:** _____

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | **Joycare Therapy, LLC** | | Case number *(if known)* | **22-33581-H3-11** |
|---|---|---|---|---|
| | Name | | | |

---

## Part 2:   Additional Page

**3.161** | **Nonpriority creditor's name and mailing address**

Pasadena Sign Company

15255 Gulf Freeway A146

Houston, TX 77034

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

___unknown___

---

**3.162** | **Nonpriority creditor's name and mailing address**

Patterson Family

1445 Lakeside Estates Apt 3100

Houston, TX 77042

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

___unknown___

---

**3.163** | **Nonpriority creditor's name and mailing address**

Peneza, Sime

9605 Bakers Ave

Houston, TX 77045

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

___unknown___

---

**3.164** | **Nonpriority creditor's name and mailing address**

Peneza, Sime Charlz

9605 Bakers Ave

Houston, TX 77045

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

___unknown___

---

| Debtor | **Joycare Therapy, LLC** | | Case number *(if known)* | **22-33581-H3-11** |
|---|---|---|---|---|
| | Name | | | |

<table>
<tr><td colspan="2"><strong>Part 2:</strong> Additional Page</td></tr>
</table>

---

**3.165**   **Nonpriority creditor's name and mailing address**

Pequeno Family

6810 W. Fuqua St.

Missouri City, TX 77489

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

_____unknown_____

---

**3.166**   **Nonpriority creditor's name and mailing address**

Pequeno, Diane

609 Spooner St

Pasadena, TX 77506

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

_____unknown_____

---

**3.167**   **Nonpriority creditor's name and mailing address**

Peter Franklin

1201 Taylor St

Austin, TX 78702-5333

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

_____$5,000.00_____

---

**3.168**   **Nonpriority creditor's name and mailing address**

Posadas, Ivelisse

9214 Calabrian Pine Court

Richmond, TX 77407

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

_____unknown_____

---

| Debtor | **Joycare Therapy, LLC** | | Case number *(if known)* | **22-33581-H3-11** |
|---|---|---|---|---|
| | Name | | | |

---

**Part 2:**  Additional Page

---

**3.169**  **Nonpriority creditor's name and mailing address**

Powell Family

21247 Rezanof Rd

Humble, TX 77338

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**  _____unknown_____
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.170**  **Nonpriority creditor's name and mailing address**

PPE Supplies

5307 Patrick Henry St

Bellaire, TX 77401

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**  _____unknown_____
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.171**  **Nonpriority creditor's name and mailing address**

PPEC KANTIME Family

123 joy care lane

San Antonio, TX 78222

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**  _____unknown_____
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.172**  **Nonpriority creditor's name and mailing address**

Provost Family

19922 Brisbane Meadows Dr

Katy, TX 77449

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**  _____unknown_____
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | **Joycare Therapy, LLC** | Case number *(if known)* | **22-33581-H3-11** |
|---|---|---|---|
| | Name | | |

**Part 2:**  Additional Page

**3.173** Nonpriority creditor's name and mailing address
Quill

7 Technology Cir

Columbia, SC 29203-9591

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  Services

Is the claim subject to offset?
☑ No
☐ Yes

$1,322.00

**3.174** Nonpriority creditor's name and mailing address
Quiroz Family

2901 Fulton St Apt 435

Houston, TX 77009

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

unknown

**3.175** Nonpriority creditor's name and mailing address
Ramos Family

2814 Honeysickle st

Rosharon, TX 77583

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

unknown

**3.176** Nonpriority creditor's name and mailing address
Realmed

510 E 96th St #400

Indianapolis, IN 46240

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

unknown

| Debtor | **Joycare Therapy, LLC** | Case number *(if known)* | **22-33581-H3-11** |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

### 3.177 Nonpriority creditor's name and mailing address
**Reed, Christina**

6328 Austinville Dr

Katy, TX 77449

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

_unknown_

---

### 3.178 Nonpriority creditor's name and mailing address
**Reilly, Kelly**

1109 Linwood Circle

Pasadena, TX 77502

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

_unknown_

---

### 3.179 Nonpriority creditor's name and mailing address
**Reliant Energy**

P.O. Box 1700

Houston, TX 77251-1700

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** _Electricity_

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

_$4,433.00_

---

### 3.180 Nonpriority creditor's name and mailing address
**Rhodes, Crystal**

9235 Willow Crossing Dr

Houston, TX 77064

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

_unknown_

| Debtor | **Joycare Therapy, LLC** | Case number *(if known)* | **22-33581-H3-11** |
|---|---|---|---|
| | Name | | |

---

**Part 2:** Additional Page

---

**3.181** | Nonpriority creditor's name and mailing address
**Rice Family**

10181 Windmill Lakes blvd Apt 814

Houston, TX 77075

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:                   __unknown__
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.182** | Nonpriority creditor's name and mailing address
**Rivera Family**

13131 Pearson St

Houston, TX 77023

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:                   __unknown__
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.183** | Nonpriority creditor's name and mailing address
**Roberts, Sabrina**

8655 Jones Rd #1908

Houston, TX 77065

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:                   __unknown__
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.184** | Nonpriority creditor's name and mailing address
**Robertson Family**

2660 Augusta Dr

Houston, TX 77057

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:                   __unknown__
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | **Joycare Therapy, LLC** | Case number *(if known)* | **22-33581-H3-11** |
|---|---|---|---|
| | Name | | |

---

**Part 2:** Additional Page

---

**3.185** Nonpriority creditor's name and mailing address

Rocha, Savannah

6160 E Sam Houston Pkwy N Apt 2107

Houston, TX 77049

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

unknown

---

**3.186** Nonpriority creditor's name and mailing address

Rodriguez Family

3001 Shady Creek Dr

Pearland, TX 77581

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

unknown

---

**3.187** Nonpriority creditor's name and mailing address

Rossi, Victoria

5312 Clarewood Dr 48 C

Houston, TX 77081

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

unknown

---

**3.188** Nonpriority creditor's name and mailing address

Roto Rooter

3403 N Sam Houston Pkwy W, Ste 400

Houston, TX 77086

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

unknown

---

| Debtor | **Joycare Therapy, LLC** | | Case number *(if known)* | **22-33581-H3-11** |
|---|---|---|---|---|
| | Name | | | |

## Part 2: Additional Page

---

**3.189** | **Nonpriority creditor's name and mailing address**

Ruvalcaba Family

8123 Legacy Creek Dr

Tomball, TX 77375

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

_____unknown_____

---

**3.190** | **Nonpriority creditor's name and mailing address**

Salazar, Candice M

735 Dulles Ave #1121

Stafford, TX 77477

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

_____unknown_____

---

**3.191** | **Nonpriority creditor's name and mailing address**

Samuel, Jane

9602 Sandstone Road

Houston, TX 77036

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

_____unknown_____

---

**3.192** | **Nonpriority creditor's name and mailing address**

Sandres Family

10000 Hammerly Blvd

Houston, TX 77080

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

_____unknown_____

---

| Debtor | **Joycare Therapy, LLC** | Case number *(if known)* | **22-33581-H3-11** |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

**3.193** | Nonpriority creditor's name and mailing address

**Sangodeyi, Augustina**

**17934 Royal gate lane**

**Richmond tx, TX 77407**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

_____unknown_____

---

**3.194** | Nonpriority creditor's name and mailing address

**Santos, Maricela**

**6922 Keats St**

**Houston, TX 77085**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

_____unknown_____

---

**3.195** | Nonpriority creditor's name and mailing address

**Santos-Meza Family**

**5570 Gasmer Dr Apt 117**

**Houston, TX 77035**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

_____unknown_____

---

**3.196** | Nonpriority creditor's name and mailing address

**Sawadogo, Tahira**

**13099 Westheimer Rd, Apt. 2602**

**Houston, TX 77077**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

_____unknown_____

| Debtor | **Joycare Therapy, LLC** | Case number *(if known)* | **22-33581-H3-11** |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

**3.197** | **Nonpriority creditor's name and mailing address**

Scifres-Farmer, Lisa G

10002 Kirkaspen Drive

Houston, TX 77089

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

<u>unknown</u>

---

**3.198** | **Nonpriority creditor's name and mailing address**

SCOTT Family

480 Brandon Rd

Conroe, TX 77302

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

<u>unknown</u>

---

**3.199** | **Nonpriority creditor's name and mailing address**

Sears, Monisea

7723 Spinet Street

Houston, TX 77016

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

<u>unknown</u>

---

**3.200** | **Nonpriority creditor's name and mailing address**

Sharp, Shaquita

5335 Aldine Bender rd

Houston, TX 77032

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

<u>unknown</u>

| Debtor | **Joycare Therapy, LLC** | | Case number *(if known)* | **22-33581-H3-11** |
|---|---|---|---|---|
| | Name | | | |

---

| Part 2: | Additional Page |
|---|---|

---

**3.201**

**Nonpriority creditor's name and mailing address**

Sharps, Thomasina

24200 Southwest Fwy Ste 402-109

Rosenberg, TX 77471

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

<u>unknown</u>

---

**3.202**

**Nonpriority creditor's name and mailing address**

Shellise and Keshia Josephs

1100 Avenue of Port Imperial 427

Weehawken, NY 07086

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** <u>Loan</u>

**Is the claim subject to offset?**
☑ No
☐ Yes

<u>$82,638.00</u>

---

**3.203**

**Nonpriority creditor's name and mailing address**

ShredIt

10801 Kempwood Dr Ste 4

Houston, TX 77043-1414

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:** <u>Document shredding</u>

**Is the claim subject to offset?**
☑ No
☐ Yes

<u>unknown</u>

---

**3.204**

**Nonpriority creditor's name and mailing address**

Sierra, Darlene

825 Usener #615

Houston, TX 77009

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

<u>unknown</u>

---

| Debtor | **Joycare Therapy, LLC** | | Case number *(if known)* | **22-33581-H3-11** |
|---|---|---|---|---|
| | Name | | | |

---

**Part 2:    Additional Page**

---

**3.205** | **Nonpriority creditor's name and mailing address**

**Smith Family**

**148 Memorial Drive Apt 2511**

**Houston, TX 77071**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

                                          **unknown**

---

**3.206** | **Nonpriority creditor's name and mailing address**

**SSB Trust Stops**

**1645 E 6th Street, Suite 200**

**Austin, TX 78702**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

                                          **unknown**

---

**3.207** | **Nonpriority creditor's name and mailing address**

**Star Building Services**

**1717 Gessner Rd**

**Houston, TX 77080-7003**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Cleaning services**

**Is the claim subject to offset?**
☑ No
☐ Yes

                                          **$2,221.00**

---

**3.208** | **Nonpriority creditor's name and mailing address**

**Steinman, Rebecca**

**2612 Michael Wayne Rd**

**Rosharon, TX 77583**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

                                          **unknown**

---

| Debtor | **Joycare Therapy, LLC** | | Case number *(if known)* | **22-33581-H3-11** |
|---|---|---|---|---|
| | Name | | | |

## Part 2: Additional Page

---

**3.209**    **Nonpriority creditor's name and mailing address**

Stephens Family

3107 Indigo River Ln

Sugar Land, TX 77479

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**unknown**

---

**3.210**    **Nonpriority creditor's name and mailing address**

Stewart, Leahcim B

16107 Coyridge Lane

Houston, TX 77053

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**unknown**

---

**3.211**    **Nonpriority creditor's name and mailing address**

Stith, Qynne

330 Maybrook Dr

Houston, TX 77015

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**unknown**

---

**3.212**    **Nonpriority creditor's name and mailing address**

Storquest Economy Storage

6250 Westward St

Houston, TX 77081-3206

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** _Storage unit_

**Is the claim subject to offset?**
☑ No
☐ Yes

**unknown**

---

| Debtor | **Joycare Therapy, LLC** | Case number *(if known)* | **22-33581-H3-11** |
|---|---|---|---|
| | Name | | |

<table>
<tr><td style="background:black;color:white">**Part 2:**</td><td>Additional Page</td></tr>
</table>

| **3.213** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | <u>    unknown    </u> |
|---|---|---|---|
| | Taramona, Carla | *Check all that apply.* | |
| | | ☐ Contingent | |
| | 4019 Brookmeade Dr | ☐ Unliquidated | |
| | Houston, TX 77045 | ☐ Disputed | |
| | | **Basis for the claim:** _____ | |
| | Date or dates debt was incurred _____ | **Is the claim subject to offset?** | |
| | | ☑ No | |
| | Last 4 digits of account number __ __ __ __ | ☐ Yes | |

| **3.214** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | <u>    unknown    </u> |
|---|---|---|---|
| | Terry Family | *Check all that apply.* | |
| | | ☐ Contingent | |
| | 7032 Terra Lane | ☐ Unliquidated | |
| | Manvel, TX 77578 | ☐ Disputed | |
| | | **Basis for the claim:** _____ | |
| | Date or dates debt was incurred _____ | **Is the claim subject to offset?** | |
| | | ☑ No | |
| | Last 4 digits of account number __ __ __ __ | ☐ Yes | |

| **3.215** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | <u>    $11,900.00    </u> |
|---|---|---|---|
| | The Weston Group | *Check all that apply.* | |
| | | ☐ Contingent | |
| | 10101 Southwest Fwy Ste 205 | ☐ Unliquidated | |
| | Houston, TX 77074-1142 | ☐ Disputed | |
| | | **Basis for the claim:** _____ | |
| | Date or dates debt was incurred _____ | **Is the claim subject to offset?** | |
| | | ☑ No | |
| | Last 4 digits of account number __ __ __ __ | ☐ Yes | |

| **3.216** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | <u>    unknown    </u> |
|---|---|---|---|
| | Thomas Family | *Check all that apply.* | |
| | | ☐ Contingent | |
| | 4739 Cairnvillage St | ☐ Unliquidated | |
| | Houston, TX 77084 | ☐ Disputed | |
| | | **Basis for the claim:** _____ | |
| | Date or dates debt was incurred _____ | **Is the claim subject to offset?** | |
| | | ☑ No | |
| | Last 4 digits of account number __ __ __ __ | ☐ Yes | |

| Debtor | **Joycare Therapy, LLC** | Case number *(if known)* | **22-33581-H3-11** |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

---

**3.217** Nonpriority creditor's name and mailing address

Thomas, Ashley

3431 Selene Dr

Missouri City, TX 77459

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

___unknown___

---

**3.218** Nonpriority creditor's name and mailing address

Tompkns, Erin

2255 Eldridge Pkwy #1125

Houston, TX 77077

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

___unknown___

---

**3.219** Nonpriority creditor's name and mailing address

TruBlu HR Solutions

350 Nursery Rd 2101

Spring, TX 77380

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

___$11,120.00___

---

**3.220** Nonpriority creditor's name and mailing address

Tuynman, Heidi

16218 Dunmoor Dr

Houston, TX 77059

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

___unknown___

---

Official Form 206E/F | Schedule E/F: Creditors Who Have Unsecured Claims | page 56 of 63

| Debtor | **Joycare Therapy, LLC** | Case number *(if known)* | **22-33581-H3-11** |
|---|---|---|---|
| | Name | | |

---

**Part 2:** Additional Page

---

**3.221** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | unknown
| **Tzul Family** | *Check all that apply.* |
| | ☐ Contingent |
| **7514 S Gessner rd apt 231** | ☐ Unliquidated |
| **Houston, TX 77036** | ☐ Disputed |
| | **Basis for the claim:** _____ |
| Date or dates debt was incurred  _____ | **Is the claim subject to offset?** |
| | ☑ No |
| Last 4 digits of account number  ___ ___ ___ ___ | ☐ Yes |

**3.222** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,600.00
| **Ultra Chemicals and Cleaning** | *Check all that apply.* |
| | ☐ Contingent |
| **10501 Corporate Dr** | ☐ Unliquidated |
| **Stafford, TX 77477** | ☐ Disputed |
| | **Basis for the claim:** _____ |
| Date or dates debt was incurred  _____ | **Is the claim subject to offset?** |
| | ☑ No |
| Last 4 digits of account number  ___ ___ ___ ___ | ☐ Yes |

**3.223** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | unknown
| **Vite Family** | *Check all that apply.* |
| | ☐ Contingent |
| **917 Woodbine St** | ☐ Unliquidated |
| **Houston, TX 77017** | ☐ Disputed |
| | **Basis for the claim:** _____ |
| Date or dates debt was incurred  _____ | **Is the claim subject to offset?** |
| | ☑ No |
| Last 4 digits of account number  ___ ___ ___ ___ | ☐ Yes |

**3.224** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | unknown
| **WAGNER Family** | *Check all that apply.* |
| | ☐ Contingent |
| **10211 Peeble Trail Court** | ☐ Unliquidated |
| **Humble, TX 77338** | ☐ Disputed |
| | **Basis for the claim:** _____ |
| Date or dates debt was incurred  _____ | **Is the claim subject to offset?** |
| | ☑ No |
| Last 4 digits of account number  ___ ___ ___ ___ | ☐ Yes |

| Debtor | **Joycare Therapy, LLC** | Case number *(if known)* | **22-33581-H3-11** |
|---|---|---|---|
| | Name | | |

---

**Part 2:** Additional Page

---

**3.225** Nonpriority creditor's name and mailing address

Walton, Rachel

12660 Medfield Drive #419

Houston, TX 77082

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

unknown

---

**3.226** Nonpriority creditor's name and mailing address

Waste Management

PO Box 43350

Phoenix, AZ 85080

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

unknown

---

**3.227** Nonpriority creditor's name and mailing address

Watson, Lashaunda

15615 Blue Ash Dr #5105

Houston, TX 77090

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

unknown

---

**3.228** Nonpriority creditor's name and mailing address

Wedekind Family

14810 Brookside Forest Dr

Houston, TX 77040

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

unknown

---

| Debtor | **Joycare Therapy, LLC** | Case number *(if known)* | **22-33581-H3-11** |
|---|---|---|---|
| | Name | | |

---

**Part 2:  Additional Page**

---

**3.229**  **Nonpriority creditor's name and mailing address**

Wells, Jenna

1904 Laurel Oaks Dr

Richmond, TX 77469

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

_____unknown_____

---

**3.230**  **Nonpriority creditor's name and mailing address**

West Point Commercial Glass

9150 Emnora Ln

Houston, TX 77080

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

_____unknown_____

---

**3.231**  **Nonpriority creditor's name and mailing address**

White Family

7250 W Greens Rd Apt 1108

Houston, TX 77064

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

_____unknown_____

---

**3.232**  **Nonpriority creditor's name and mailing address**

Widodo, Evelyn

16818 Whighams Pl

Richmond, TX 77407

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

_____unknown_____

---

| Debtor | **Joycare Therapy, LLC** | Case number *(if known)* | **22-33581-H3-11** |
|---|---|---|---|
| | Name | | |

---

<div style="background:black;color:white">**Part 2:**</div> Additional Page

---

**3.233**  **Nonpriority creditor's name and mailing address**

Williams Family

12600 Dunlap st unit 897

Houston, TX 77035

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

___unknown___

---

**3.234**  **Nonpriority creditor's name and mailing address**

Williams Family

14405 Rio Bonito Rd Apt 250

Houston, TX 77083

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

___unknown___

---

**3.235**  **Nonpriority creditor's name and mailing address**

Williams, Helena

2401 W Sam Pkwy

Houston, TX 77043

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

___unknown___

---

**3.236**  **Nonpriority creditor's name and mailing address**

Williams, Laura

600 Nottingham Oak Trl #216

Houston , TX 77079

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

___unknown___

---

| Debtor | **Joycare Therapy, LLC** | | Case number *(if known)* | **22-33581-H3-11** |
|--------|--------------------------|---|------------------------|---------------------|
| | Name | | | |

---

**Part 2:  Additional Page**

---

**3.237** | Nonpriority creditor's name and mailing address

Winton, Teneka

15919 Copper Oak Lane

Houston, TX 77084

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

_____unknown_____

---

**3.238** | Nonpriority creditor's name and mailing address

Wygant, Susan

2014 Snow Pine Lane

Houston, TX 77089

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

_____unknown_____

---

**3.239** | Nonpriority creditor's name and mailing address

Young Family

5500 N Braeswood Blvd apt 199

Houston, TX 77096

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

_____unknown_____

---

| Debtor | **Joycare Therapy, LLC** | Case number *(if known)* | **22-33581-H3-11** |
|---|---|---|---|
| | Name | | |

## Part 3: List Others to Be Notified About Unsecured Claims

**4.** **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.1 **Robertson, Anschutz, Schneid & Crane LLC** | Line **3.36** | |
| **6409 Congress Ave Ste 100** | ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| **Boca Raton, FL 33487-2853** | _____ | |

Debtor     **Joycare Therapy, LLC**                                       Case number *(if known)*      **22-33581-H3-11**
           Name

---

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

---

**5.**    **Add the amounts of priority and nonpriority unsecured claims.**

|  |  |  | Total of claim amounts |
|---|---|---|---|
| 5a. | **Total claims from Part 1** | 5a. | **$0.00** |
| 5b. | **Total claims from Part 2** | 5b. **+** | **$2,381,405.00** |
| 5c. | **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | **$2,381,405.00** |

| Fill in this information to identify the case: |
|---|

Debtor name _____ Joycare Therapy, LLC _____

United States Bankruptcy Court for the:

_____ Southern District of Texas _____

Case number (if known): _____ 22-33581-H3-11 _____   Chapter ____11____

☐ Check if this is an amended filing

## Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases                                    12/15

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.**

1.  Does the debtor have any executory contracts or unexpired leases?

☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|
| **2.1** | **State what the contract or lease is for and the nature of the debtor's interest** | Use of QuickBooks | Intuit Quickbooks |
| | | Contract to be ASSUMED | 2700 Coast Ave. |
| | **State the term remaining** | 0 months | Mountain View, CA 94043 |
| | **List the contract number of any government contract** | | |
| **2.2** | **State what the contract or lease is for and the nature of the debtor's interest** | Software for operations | Kanrad Technologies |
| | | | 4340 Stevens Creek Blvd Ste 162 |
| | **State the term remaining** | 0 months | San Jose, CA 95129-1147 |
| | **List the contract number of any government contract** | | |
| **2.3** | **State what the contract or lease is for and the nature of the debtor's interest** | Employee payroll services and software | Gusto Payroll |
| | | | 525 20th St. |
| | **State the term remaining** | 0 months | San Francisco, CA 94107 |
| | **List the contract number of any government contract** | | |
| **2.4** | **State what the contract or lease is for and the nature of the debtor's interest** | Messaging service | Procare Connect |
| | | | 1125 17th St Ste 1800 |
| | **State the term remaining** | 0 months | Denver, CO 80202-2026 |
| | **List the contract number of any government contract** | | |

| Debtor | Joycare Therapy, LLC | Case number *(if known)* | 22-33581-H3-11 |
|---|---|---|---|
| | Name | | |

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.5** | State what the contract or lease is for and the nature of the debtor's interest _Shredding services_ | ShredIt |
| | | 10801 Kempwood Dr Ste 4 |
| | State the term remaining _0 months_ | Houston, TX 77043-1414 |
| | List the contract number of any government contract | |
| **2.6** | State what the contract or lease is for and the nature of the debtor's interest _Internet services_ | Comcast |
| | _Contract to be ASSUMED_ | 1 Comcast Ctr |
| | State the term remaining _0 months_ | Philadelphia, PA 19103-2838 |
| | List the contract number of any government contract | |
| **2.7** | State what the contract or lease is for and the nature of the debtor's interest _Gas services_ | Centerpoint |
| | | P.O. Box 1700 |
| | State the term remaining _0 months_ | Houston, TX 77251-1700 |
| | List the contract number of any government contract | |
| **2.8** | State what the contract or lease is for and the nature of the debtor's interest _Electricity contract_ | Reliant Energy |
| | | P.O. Box 1700 |
| | State the term remaining _0 months_ | Houston, TX 77251-1700 |
| | List the contract number of any government contract | |
| **2.9** | State what the contract or lease is for and the nature of the debtor's interest _Water for building_ | City of Houston |
| | _Contract to be ASSUMED_ | Attn: Legal Department |
| | State the term remaining _0 months_ | P. O. Box 1560 |
| | List the contract number of any government contract | Houston, TX 77251 |
| **2.10** | State what the contract or lease is for and the nature of the debtor's interest _Security_ | ADT |
| | | P.O. Box 361403 |
| | State the term remaining _0 months_ | Columbus, OH 43236 |
| | List the contract number of any government contract | |

| Debtor | Joycare Therapy, LLC | Case number *(if known)* | 22-33581-H3-11 |
|---|---|---|---|
| | Name | | |

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| **2.11** | State what the contract or lease is for and the nature of the debtor's interest | Waste disposal | Waste Management |
| | | | Credit Department |
| | | | 1000 E. Noa Red Bluff |
| | State the term remaining | 0 months | Houston, TX 77034 |
| | List the contract number of any government contract | | |
| **2.12** | State what the contract or lease is for and the nature of the debtor's interest | Vehicle insurance | Progressive County Mutual Insurance |
| | | Contract to be ASSUMED | P.O. Box 43258 |
| | State the term remaining | 0 months | Cleveland, OH 44143-0258 |
| | List the contract number of any government contract | | |
| **2.13** | State what the contract or lease is for and the nature of the debtor's interest | General liability and other property insurance | Alliant Insurance |
| | | Contract to be ASSUMED | 3600 N Capital of Texas Hwy Ste 200 D. |
| | State the term remaining | 0 months | Austin, TX 78746-3314 |
| | List the contract number of any government contract | | |
| **2.14** | State what the contract or lease is for and the nature of the debtor's interest | Workers compensation | Texas Mutual Insurance |
| | | Contract to be ASSUMED | PO Box 841843 |
| | State the term remaining | 0 months | Dallas, TX 75284 |
| | List the contract number of any government contract | | |
| **2.15** | State what the contract or lease is for and the nature of the debtor's interest | Employee health insurance | Health Care Services |
| | | Contract to be ASSUMED | 1001 E Lookout Dr |
| | State the term remaining | 0 months | Richardson, TX 75082-4144 |
| | List the contract number of any government contract | | |

Debtor    Joycare Therapy, LLC _____        Case number *(if known)* ___22-33581-H3-11___
          Name

| **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases** |
|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.16** State what the contract or lease is for and the nature of the debtor's interest | Administration of retirement plan | Guideline Retire |
| | Contract to be ASSUMED | 1645 E 6th St Ste 200 |
| State the term remaining | 0 months | Austin, TX 78702-3387 |
| List the contract number of any government contract | | |
| **2.17** State what the contract or lease is for and the nature of the debtor's interest | Medical billing | Gage Medical Management Services |
| | Contract to be REJECTED | Po Box 631571 |
| State the term remaining | 0 months | Nacogdoches, TX 75963-1571 |
| List the contract number of any government contract | | |
| **2.18** State what the contract or lease is for and the nature of the debtor's interest | Medical director | Kathryn Espana |
| | | 3830 Sun Valley Dr |
| State the term remaining | 0 months | Houston, TX 77025-4139 |
| List the contract number of any government contract | | |
| **2.19** State what the contract or lease is for and the nature of the debtor's interest | Payor agreement-ancillary services agreement | Texas Children's Hospital Health Plan, Inc. |
| | Contract to be ASSUMED | Ancillary Services |
| State the term remaining | 0 months | PO Box 301011 |
| List the contract number of any government contract | | Houston, TX 77230 |
| **2.20** State what the contract or lease is for and the nature of the debtor's interest | Ancillary Provider Participation Agreement | United Healthcare Community Plan of Texas, LLC |
| | Contract to be ASSUMED | 14141 Southwest Fwy Ste 800 |
| State the term remaining | 0 months | Sugar Land, TX 77478-3494 |
| List the contract number of any government contract | | |

Debtor    Joycare Therapy, LLC                                          Case number *(if known)*    22-33581-H3-11
          Name

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.21**
State what the contract or lease is for and the nature of the debtor's interest — Participating Provider Agreement
Contract to be ASSUMED
State the term remaining — 0 months
List the contract number of any government contract

Superior Healthplan, Inc.
7990 W Interstate 10 Ste 300
San Antonio, TX 78230-4786

**2.22**
State what the contract or lease is for and the nature of the debtor's interest — Provider Services Agreement
Contract to be ASSUMED
State the term remaining — 0 months
List the contract number of any government contract

Molina Healthcare of Texas, Inc.
5605 N Macarthur Blvd Ste 400
Irving, TX 75038-2693

**2.23**
State what the contract or lease is for and the nature of the debtor's interest — Ancillary Agreement
Contract to be ASSUMED
State the term remaining — 0 months
List the contract number of any government contract

Community Health Choice, Inc
2636 S Loop W Ste 125
Houston, TX 77054-2696

**2.24**
State what the contract or lease is for and the nature of the debtor's interest — Participating Provider Agreement
Contract to be ASSUMED
State the term remaining — 0 months
List the contract number of any government contract

Amerigroup Texas, Inc.

**Fill in this information to identify the case:**

Debtor name _____**Joycare Therapy, LLC**_____

United States Bankruptcy Court for the: _____**Southern**_____ District of _____**Texas**_____
(State)

Case number (If known): _____**22-33581-H3-11**_____

☐ Check if this is an amended filing

## Official Form 206H

## Schedule H: Codebtors                                                                12/15

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

| | |
|---|---|
| **1.** | **Does the debtor have any codebtors?** |
| | ☑ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form. |
| | ☐ Yes |

**2.** **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G.* Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.**

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.1 _____ | _____<br>Street<br>_____<br>_____<br>City        State        ZIP Code | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.2 _____ | _____<br>Street<br>_____<br>_____<br>City        State        ZIP Code | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.3 _____ | _____<br>Street<br>_____<br>_____<br>City        State        ZIP Code | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.4 _____ | _____<br>Street<br>_____<br>_____<br>City        State        ZIP Code | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.5 _____ | _____<br>Street<br>_____<br>_____<br>City        State        ZIP Code | _____ | ☐ D<br>☐ E/F<br>☐ G |

| Debtor | **Joycare Therapy, LLC** | Case number (if known) | **22-33581-H3-11** |
|---|---|---|---|
| | Name | | |

| | Additional Page if Debtor Has More Codebtors |
|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.6 | _____ | Street _____ _____ City          State          ZIP Code | _____ | ❏ D ❏ E/F ❏ G |

Official Form 206H          **Schedule H: Codebtors**          page __2__ of __2__

| Fill in this information to identify the case: |
| --- |

Debtor name      Joycare Therapy, LLC

United States Bankruptcy Court for the:

     Southern District of Texas

Case number (if known):   22-33581-H3-11     Chapter ___11___

☐ Check if this is an amended filing

## Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals

**12/15**

| Part 1: | Summary of Assets |
| --- | --- |

1. **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

     1a. **Real Property:**

         Copy line 88 from *Schedule A/B*.................................................................................

$0.00

     1b. **Total personal property:**

         Copy line 91A from *Schedule A/B*...............................................................................

$95,370.00

     1c. **Total of all property:**

         Copy line 92 from *Schedule A/B*................................................................................

$95,370.00

| Part 2: | Summary of Liabilities |
| --- | --- |

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)

     Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D*.................

$548,917.00

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

     3a. **Total claim amounts of priority unsecured claims:**

         Copy the total claims from Part 1 from line 5a of *Schedule E/F*......................................

$0.00

     3b. **Total amount of claims of non-priority amount of unsecured claims:**

         Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*......................................

+   $2,381,405.00

4. **Total liabilities**..................................................................................................................................

$2,930,322.00

     Lines 2 + 3a + 3b

| Fill in this information to identify the case: |
|---|
| Debtor name       Joycare Therapy, LLC |
| United States Bankruptcy Court for the: <br>       Southern District of Texas |
| Case number (if known):    22-33581-H3-11 |

☐ Check if this is an
amended filing

## Official Form 207

## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/22

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

### Part 1:  Income

**1.  Gross revenue from business**

☐ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | | Sources of revenue <br> Check all that apply | Gross revenue <br> (before deductions and exclusions) |
|---|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From 01/01/2022 to Filing date <br> MM/ DD/ YYYY | ☑ Operating a business <br> ☐ Other _____ | $835,282.00 |
| **For prior year:** | From 01/01/2021 to 12/31/2021 <br> MM/ DD/ YYYY    MM/ DD/ YYYY | ☑ Operating a business <br> ☐ Other _____ | $1,028,282.00 |
| **For the year before that:** | From 01/01/2020 to 12/31/2020 <br> MM/ DD/ YYYY    MM/ DD/ YYYY | ☑ Operating a business <br> ☐ Other _____ | $859,499.00 |

**2.  Non-business revenue**

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☐ None

| | | Description of sources of revenue | Gross revenue from each source <br> (before deductions and exclusions) |
|---|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From 01/01/2022 to Filing date <br> MM/ DD/ YYYY | Settlement of lawsuit | $61,500.00 |
| **For prior year:** | From 01/01/2021 to 12/31/2021 <br> MM/ DD/ YYYY    MM/ DD/ YYYY | Harris County Covid Grant | $50,000.00 |
| **For the year before that:** | From 01/01/2020 to 12/31/2020 <br> MM/ DD/ YYYY    MM/ DD/ YYYY | | |

| Debtor | Joycare Therapy, LLC | Case number (if known) | 22-33581-H3-11 |
|---|---|---|---|
| | Name | | |

<table>
<tr><th colspan="2">Part 2:</th><th colspan="2">List Certain Transfers Made Before Filing for Bankruptcy</th></tr>
</table>

**3.   Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☑ None

| Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1. _____ <br> Creditor's name <br><br> _____ <br> Street <br><br> _____ <br><br> _____ <br> City          State     ZIP Code | _____ <br><br> _____ <br><br> _____ | _____ | ☐ Secured debt <br> ☐ Unsecured loan repayments <br> ☐ Suppliers or vendors <br> ☐ Services <br> ☐ Other _____ |

**4.   Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or co-signed by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None

| Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. Cottichia Burke <br> Creditor's name <br><br> 5218 Prairie Terrace Ln <br> Street <br><br> _____ <br><br> Fulshear, TX 77441-2199 <br> City          State     ZIP Code <br><br> **Relationship to debtor** <br> Owner manager | 10/21/2022 <br><br> 08/26/2022 <br><br> 08/16/2022 <br><br> 08/10/2022 <br><br> 08/10/2022 <br><br> 08/09/2022 <br><br> 08/08/2022 <br><br> 08/08/2022 <br><br> 08/01/2022 <br><br> 07/29/2022 <br><br> 07/26/2022 <br><br> 07/22/2022 <br><br> 07/13/2022 <br><br> 07/12/2022 <br><br> 07/11/2022 | $33,311.29 | Reimbursement of expenses <br><br> _____ <br><br> _____ |

Debtor    Joycare Therapy, LLC                                                Case number (if known)    22-33581-H3-11
          Name

|  |  |  |  |
|--|--|--|--|
| | 07/08/2022 | | |
| | 06/30/2022 | | |
| | 06/27/2022 | | |
| | 06/23/2022 | | |
| | 06/17/2022 | | |
| | 06/15/2022 | | |
| | 06/13/2022 | | |
| | 06/06/2022 | | |
| | 06/02/2022 | | |
| | 05/10/2022 | | |
| | 05/10/2022 | | |
| | 04/27/2022 | | |
| | 04/27/2022 | | |
| | 04/20/2022 | | |
| | 04/11/2022 | | |
| | 04/04/2022 | | |
| | 03/22/2022 | | |
| | 03/09/2022 | | |
| | 02/22/2022 | | |
| | 01/26/2022 | | |
| | 01/26/2022 | | |
| | 01/18/2022 | | |
| | 01/13/2022 | | |
| | 12/10/2021 | | |
| | 12/07/2021 | | |
| | 05/10/2022 | | |

4.2.   David Franklin                    01/27/2022         $20,000.00       Loan repayment
       Creditor's name

       18030 Rancho St                   01/26/2022
       Street


       Encino, CA 91316-4213
       City            State   ZIP Code

       **Relationship to debtor**

       Owner

Official Form 207                 **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**                 page 3

Debtor ___Joycare Therapy, LLC_____     Case number *(if known)* ___22-33581-H3-11___
       Name

| | | | |
|---|---|---|---|
| 4.3. | Huan Le | 06/10/2022 | $1,000.00 | Reimbursement of expenses |
| | Creditor's name | | | |
| | 3750 Childress St | | | |
| | Street | | | |
| | | | | |
| | Houston, TX 77005-1112 | | | |
| | City          State     ZIP Code | | | |
| | **Relationship to debtor** | | | |

**5.    Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☑ None

| Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|
| 5.1. | | | |
| Creditor's name | | | |
| Street | | | |
| | | | |
| City          State     ZIP Code | | | |

**6.    Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| 6.1. | | | |
| Creditor's name | | | |
| | XXXX– __ __ __ __ | | |
| Street | | | |
| | | | |
| City          State     ZIP Code | | | |

**Part 3:    Legal Actions or Assignments**

**7.    Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None

Debtor   Joycare Therapy, LLC
         Name                                                                    Case number *(if known)*   22-33581-H3-11

| 7.1. | Case title | Nature of case | Court or agency's name and address | Status of case |
|------|-----------|----------------|-----------------------------------|----------------|
| | Joycare Therapy, LLC vs. Everhart Construction Services | Lawsuit for losses from construction | 269th Judicial District Court of Harris County | ☐ Pending |
| | | | Name | ☐ On appeal |
| | **Case number** | | Street | ☑ Concluded |
| | 2018-82322 | | | |
| | | | City          State     ZIP Code | |

**8.   Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

| 8.1. | Custodian's name and address | Description of the property | Value |
|------|------------------------------|-----------------------------|-------|
| | Custodian's name | | |
| | Street | **Case title** | **Court name and address** |
| | | | Name |
| | | **Case number** | Street |
| | City          State     ZIP Code | | |
| | | **Date of order or assignment** | City          State     ZIP Code |

---

**Part 4:**  Certain Gifts and Charitable Contributions

**9.   List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☑ None

| 9.1. | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|------|------------------------------|-------------------------------------------|-------------|-------|
| | Recipient's name | | | |
| | Street | | | |
| | City          State     ZIP Code | | | |
| | **Recipient's relationship to debtor** | | | |

---

**Part 5:**  Certain Losses

**10.  All losses from fire, theft, or other casualty within 1 year before filing this case.**

☑ None

Official Form 207                      **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**                      page 5

| Debtor | Joycare Therapy, LLC | Case number *(if known)* | 22-33581-H3-11 |
|---|---|---|---|
| | Name | | |

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B (*Schedule A/B: Assets – Real and Personal Property*). | Date of loss | Value of property lost |
|---|---|---|---|
| 10.1. _____ | _____ | _____ | _____ |

---

**Part 6:**  Certain Payments or Transfers

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

| 11.1. Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| Baker & Associates | Fees and expenses | 08/16/2022 | $5,000.00 |
| **Address** | Fees and expenses | 08/17/2022 | $5,000.00 |
| 950 Echo Ln Ste 300<br>Street | | | |
| Houston, TX 77024-2824<br>City          State     ZIP Code | | | |
| **Email or website address** | | | |
| _____ | | | |
| **Who made the payment, if not debtor?** | | | |
| Joycare Therapy, LLC | | | |

| 11.2. Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| Baker & Associates | Legal services | 08/04/2022 | $3,500.00 |
| **Address** | | | |
| 950 Echo Lane Suite 300<br>Street | | | |
| Houston, TX 77024<br>City          State     ZIP Code | | | |
| **Email or website address** | | | |
| _____ | | | |
| **Who made the payment, if not debtor?** | | | |
| Huan Le | | | |

Debtor    Joycare Therapy, LLC                                                Case number (if known)    22-33581-H3-11
          Name

| 11.3. | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| | Baker & Associates | Legal fees | 10/25/2022 | $11,575.49 |
| | **Address** | | | |
| | 950 Echo Lane Suite 300 | | | |
| | Street | | | |
| | Houston, TX 77024 | | | |
| | City                State      ZIP Code | | | |
| | **Email or website address** | | | |
| | | | | |
| | **Who made the payment, if not debtor?** | | | |
| | Huan Le | | | |

| 11.4. | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| | Baker & Associates | Unpaid fees for prior case | 11/14/2022 | $6,500.00 |
| | **Address** | Retainer for new case | 11/14/2022 | $18,500.00 |
| | 950 Echo Lane Suite 300 | | | |
| | Street | | | |
| | Houston, TX 77024 | | | |
| | City                State      ZIP Code | | | |
| | **Email or website address** | | | |
| | | | | |
| | **Who made the payment, if not debtor?** | | | |
| | Joycare | | | |

| 11.5. | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| | Baker & Associates | Prior legal fees - note | 11/14/2022 | $5,075.49 |
| | **Address** | | | |
| | 950 Echo Lane Suite 300 | | | |
| | Street | | | |
| | Houston, TX 77024 | | | |
| | City                State      ZIP Code | | | |
| | **Email or website address** | | | |
| | | | | |
| | **Who made the payment, if not debtor?** | | | |
| | Huan Le | | | |

Debtor   Joycare Therapy, LLC                                    Case number *(if known)*   22-33581-H3-11
         Name

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.

Do not include transfers already listed on this statement.

☑ None

| 12.1. | Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|-------|------------------------|-----------------------------------|---------------------------|----------------------|
| | | | | |
| | Trustee | | | |
| | | | | |

**13. Transfers not already listed on this statement**

List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☑ None

| 13.1. | Who received the transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|-------|---------------------------|------------------------------------------------------------------------------------|------------------------|----------------------|
| | | | | |
| | Address | | | |
| | Street | | | |
| | City          State     ZIP Code | | | |
| | Relationship to debtor | | | |
| | | | | |

**Part 7:   Previous Locations**

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☑ Does not apply

| | Address | | Dates of occupancy | |
|-------|---------|--|--------------------|--|
| 14.1. | Street | | From _____ To _____ | |
| | City          State     ZIP Code | | | |

| Debtor | Joycare Therapy, LLC | Case number *(if known)* | 22-33581-H3-11 |
|---|---|---|---|
| | Name | | |

---

**Part 8:** Health Care Bankruptcies

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:
—diagnosing or treating injury, deformity, or disease, or
—providing any surgical, psychiatric, drug treatment, or obstetric care?

☐ No. Go to Part 9.

☑ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| 15.1. <u>Joycare Therapy, LLC</u><br>Facility name<br><br><u>6440 Sands Point Dr</u><br>Street<br><br><u>Houston, TX 77074-3722</u><br>City          State     ZIP Code | <u>Pediatric day care- PPECC</u> | <u>0</u> |

| | Location where patient records are maintained (if different from facility address). If electronic, identify any service provider. | How are records kept? |
|---|---|---|
| | <u>Same address - Debtor does not believe its operations qualify</u> as a "healthcare business" since debtor does not provide surgical, drug treatment, psychiatric, or obstetric care. | *Check all that apply:*<br>☑ Electronically<br>☑ Paper |

---

**Part 9:** Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

☐ No.

☑ Yes.                                    <u>Patient medical records maintained with standard protocol with</u>
State the nature of the information collected and retained. HIPAA requirements

Does the debtor have a privacy policy about that information?

☐ No

☑ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b) or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No. Go to Part 10.

☐ Yes. Does the debtor serve as plan administrator?

☐ No. Go to Part 10.

☐ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| | EIN: _ _ – _ _ _ _ _ _ _ |

Has the plan been terminated?

☐ No

☐ Yes

---

**Part 10:** Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

---

Debtor    Joycare Therapy, LLC                                    Case number *(if known)*      22-33581-H3-11
          Name

| Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| 18.1 Bank of Houston | XXXX– o _s_ e d | ☑ Checking | _____ | $0.00 |
| Name | | ☐ Savings | | |
| P. O. Box 8306 | | ☐ Money market | | |
| Street | | ☐ Brokerage | | |
| | | ☐ Other | | |
| Houston, TX 77288 | | _____ | | |
| City          State      ZIP Code | | | | |

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| 19.1 Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| | | | ☐ No |
| Name | | | ☐ Yes |
| Street | | | |
| | **Address** | | |
| City          State      ZIP Code | | | |

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☐ None

| 20.1 Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| Storquest Economy Self Storage | | Old furniture and used items | ☑ No |
| Name | | | ☐ Yes |
| 6250 Westward St | | | |
| Street | | | |
| | **Address** | | |
| Houston, TX 77081 | | | |
| City          State      ZIP Code | | | |

---

| Part 11: | Property the Debtor Holds or Controls That the Debtor Does Not Own |
|---|---|

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| | | | |
| Name | | | |
| Street | | | |
| City          State      ZIP Code | | | |

| Debtor | Joycare Therapy, LLC | Case number *(if known)* | 22-33581-H3-11 |
|---|---|---|---|
| | Name | | |

### Part 12:   Details About Environmental Information

For the purpose of Part 12, the following definitions apply:

■ *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

■ *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

■ *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☑ No
☐ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| _____ | | _____ | ☐ Pending |
| **Case number** | Name _____ | _____ | ☐ On appeal |
| _____ | Street _____ | _____ | ☐ Concluded |
| | _____ | _____ | |
| | City          State     ZIP Code | | |

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name _____ | Name _____ | _____ | _____ |
| Street _____ | Street _____ | _____ | |
| _____ | _____ | _____ | |
| City      State   ZIP Code | City          State     ZIP Code | | |

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name _____ | Name _____ | _____ | _____ |
| Street _____ | Street _____ | _____ | |
| _____ | _____ | _____ | |
| City      State   ZIP Code | City          State     ZIP Code | | |

Debtor    Joycare Therapy, LLC                                    Case number *(if known)* ____22-33581-H3-11____
          Name

| **Part 13:** | Details About the Debtor's Business or Connections to Any Business |

**25.    Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☑ None

| Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|
| 25.1. _____<br>Name<br><br>_____<br>Street<br><br>_____<br>City          State    ZIP Code | _____<br><br>_____ | EIN:  __ __ – __ __ __ __ __ __ __<br><br>**Dates business existed**<br><br>From _____  To _____ |

**26.    Books, records, and financial statements**

26a.    List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|
| 26a.1. Diego Bello, CPA<br>Name<br><br>5302 La Branch St<br>Street<br><br>Houston, TX 77004-6834<br>City                    State          ZIP Code | From 09/01/2020  To 10/1/2021 |
| 26a.2. Ashcraft, Jason<br>Name<br><br>1801 E Tahquitz Canyon Way<br>Street<br><br>Palm Springs, CA 92262-7121<br>City                    State          ZIP Code | From 07/15/2022  To Current |

26b.    List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|
| 26b.1. Diego Bello<br>Name<br><br>5302 La Branch St<br>Street<br><br>Houston, TX 77004-6834<br>City                    State          ZIP Code | From 9/1/2020  To 10/1/2021 |

26c.    List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

Debtor    Joycare Therapy, LLC
          Name

Case number (if known)    22-33581-H3-11

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26c.1.

Cottichia Burke
Name

5218 Prairie Terrace Ln
Street


Fulshear, TX 77441-2199
City                              State              ZIP Code

Administrator responsible for books and records- records available

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26c.2.

Huan Le
Name

3750 Childress St
Street


Houston, TX 77005-1112
City                              State              ZIP Code

Financial manager - records available

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26c.3.

David Franklin
Name

18030 Rancho St
Street


Encino, CA 91316-4213
City                              State              ZIP Code

26d.    List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|

26d.1.    JPMorgan Chase Bank
          Name

          Po Box 33035
          Street


          Louisville, KY 40232-3035
          City                              State              ZIP Code

| Name and address |
|---|

26d.2.    Small Business Admins.
          Name

          10737 Gateway West #320
          Street


          El Paso, TX 79935
          City                              State              ZIP Code

Debtor   Joycare Therapy, LLC
     Name

Case number *(if known)*   22-33581-H3-11

| Name and address | | |
| --- | --- | --- |

26d.3.   Bank of Houston
Name

P. O. Box 8306
Street

Houston, TX 77288
City     State     ZIP Code

## 27. Inventories

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
| --- | --- | --- |
| | | |

| Name and address of the person who has possession of inventory records | | |
| --- | --- | --- |

27.1.
Name

Street

City     State     ZIP Code

## 28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
| --- | --- | --- | --- |
| Huan Le | 3750 Childress St Houston, TX 77005-1112 | Manager/Member, LLC Interest | 24.00% |
| Cottichia Burke | 5218 Prairie Terrace Ln Fulshear, TX 77441-2199 | Administrator/member/manager, LLC | 34.90% |

## 29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

☐ No

☑ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
| --- | --- | --- | --- |
| David Franklin | 18030 Rancho St Encino, CA 91316-4213 | Manager member, LLC | From February 2017 To 08/16/2022 |
| Micah Grossman | 24142 Mirabella Way Richmond, TX 77406-4536 | CEO, member | From 2019 To 2021 |

## 30. Payments, distributions, or withdrawals credited or given to insiders

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No

☑ Yes. Identify below.

Debtor     Joycare Therapy, LLC
Name
Case number *(if known)*     22-33581-H3-11

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

30.1. See question 3 and 4 above
Name

Street

City                          State        ZIP Code

Relationship to debtor

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| | EIN: __ __ – __ __ __ __ __ __ __ |

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| | EIN: __ __ – __ __ __ __ __ __ __ |

---

**Part 14:**  Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on      12/02/2022
MM/  DD/  YYYY

**X** /s/ Huan Le                                    Printed name                          Huan Le
Signature of individual signing on behalf of the debtor

Position or relationship to debtor               President

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☑ No
☐ Yes

---