United States Bankruptcy Court
Southern District of Texas
**ENTERED**
February 02, 2023
Nathan Ochsner, Clerk

IN THE UNITED STATED BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO: 22-33581 |
| **JOYCARE THERAPY, LLC,** | § | |
| | § | |
| Debtor. | § | |
| | § | |
| | § | CHAPTER 11 |

## ORDER

On January 31, 2023, this Court held a hearing to consider confirmation of Debtor Joycare Therapy, LLC's chapter 11 Subchapter V Plan. Nevertheless, the United States Trustee questioned the validity of Debtor's corporate authorization[1] to file the instant chapter 11 proceeding. After taking evidence, Debtor's corporate representatives Cottichia Burke and Huan Le recanted their earlier testimony that the signatures on the corporate authorization were valid which also called into question the veracity of their declarations.[2] The Court offered the Debtor two choices: (1) either dismissal of the case; or (2) a thorough evidentiary hearing regarding the validity of the corporate authorizations and related declarations.[3] Debtor chose dismissal of the case. Accordingly, it is therefore:

**ORDERED:** that

1. This Chapter 11 case is **DISMISSED**.

2. No later than February 15, 2023:

   a. Debtor must file with the Clerk of the United States Bankruptcy Court operating reports and statements of disbursements made during each calendar quarter during the period from December 2, 2022, through the date of entry of this Order, and shall serve a true and correct copy of said operating reports and statements on the United States Trustee;
   b. All professionals may file with the Court an application for professional fees under 11 U.S.C. § 330;
   c. Debtor must pay all outstanding professional fees due to the Subchapter V Trustee.

3. Notwithstanding this Order, the Court retains jurisdiction to consider professional fee applications and to enforce payment of fees assessed under 28 U.S.C. § 586(e)(5).

---

[1] ECF No. 70.
[2] *See* ECF Nos. 84 and 85.
[3] ECF No. 70, 84 and 85.

SIGNED February 2, 2023

_____
Eduardo V. Rodriguez
Chief Judge
United States Bankruptcy Court