United States Bankruptcy Court
Southern District of Texas
**ENTERED**
September 25, 2023
Nathan Ochsner, Clerk

IN THE UNITED STATED BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO: 22-33581 |
| **JOYCARE THERAPY, LLC,** | § | |
| | § | |
| Debtor. | § | |
| | § | |
| | § | CHAPTER 11 |

## FINAL DECREE
*Resolving ECF No. 168.*

Pending before the Court is Joycare Therapy, LLC ("*Debtor*") Motion for Final Decree[1], requesting that the Court close the above referenced case in accordance with 11 U.S.C. § 350(a) and Fed. R. Bankr. P. 3022 (the "*Motion*"). The Court finds that the estate of the Debtor has been fully administered. Considering the Motion, all arguments and/or any objections filed and any declarations in support of the Motion, this Court hereby finds that Debtor has completed all payments under its plan of reorganization.[2] It is therefore:

**ORDERED** that:

1. the Motion, is hereby GRANTED.
2. As set forth in 11 U.S.C. §1192, the confirmation of a plan discharges the Debtor.
3. As a Chapter 11 Subchapter V Case the Reorganized Debtor's obligation to file Monthly Operating Reports is terminated pursuant to Federal Interim Rule of Bankruptcy Procedure 2015(a)(5)(6) even if this matter is re-opened for any reason.
4. No later than fourteen (14) days after entry of this Order Debtor shall pay all outstanding professional fees due to the Subchapter V Trustee.
5. Melissa A. Haselden is discharged as Subchapter V Trustee of the estate, the Subchapter V Trustee's bond is cancelled, and the case is closed.
6. Notwithstanding this Order, the Court retains jurisdiction to consider professional fee applications and to enforce payment of fees assessed under 28 U.S.C. § 586(e)(5).

SIGNED September 25, 2023

_____
Eduardo V. Rodriguez
Chief United States Bankruptcy Judge

---

[1] ECF No. 168.
[2] ECF No.